JUL-20-1995 14:46 FROM TO 14018310455 P.02

(ORIGINAL)

# MULTI-COMPANY ASSIGNMENT TO TRANSFER OWNERSHIP

(This form does not change the beneficiary of the policy)

Policy No. 924 944419 Insured Jessica G. Colicci

Issued or assumed by

☑ TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY
☐ TRANSAMERICA ASSURANCE COMPANY
☐ TRANSAMERICA LIFE INSURANCE & ANNUITY COMPANY
(herein called "the Company")

For good and sufficient consideration, all right, title and interest of the undersigned in this policy is hereby assigned for the purpose of transferring ownership to

NAME OF NEW OWNER: THE Jessie G. Colicci IRREVOCABLE TRUST dated 6/27/95; BRIAN Colicci, TRUSTEE + DIANE SHERMAN, TRUSTEE

ADDRESS OF NEW OWNER: MOUNTAIN PARKS APTS. #1026, 4221 EAST RAY RD, PHOENIX, AZ 85044

The new Owner is: ☐ Individual ☐ Corporation ☐ Partnership ☑ Trustee

| If Individual Social Security No. | | If Partnership, Corporation, Trustee Employer Identification No. |
|---|---|---|
| | (Include all Hyphens) | 05-6109294 |

Before the death of the Insured, the Owner of this policy alone shall be entitled to all rights granted by this policy or allowed by the Company under this policy. If the Owner is a partnership, all rights of the owner belong to the partnership as constituted at the time a right is exercised. If the owner is an individual and dies before the Insured, all rights of the owner belong to the executor or administrator of the owner.

The Company is hereby requested to add an endorsement to this policy to agree with the provisions of this assignment. The endorsement shall be a statement of the ownership of this policy as recorded in the Home Office of the Company on the effective date of the endorsement. The Company does not guarantee any transfer of ownership.

BENEFICIARY NOT CHANGED: Without in any way restricting the right of the Owner to change the beneficiary, this assignment does not change the beneficiary of the policy. Unless the right to change the beneficiary is specifically exercised by the Owner, the beneficiary of the policy shall be as designated at the date of this assignment.

This assignment includes any rider or supplementary agreement attached to or relating to the policy. This assignment shall apply to and be effective under any policy issued in exchange for or as a conversion of the policy.

If this assignment is made upon any trust, the Company shall not be bound by any trust agreement nor responsible for the application of any payments made under the policy. The Company may rely solely upon the signature of the owner under this assignment to any receipt, release, waiver or any transfers or other instruments, to whomsoever made.

The validity of this assignment is hereby guaranteed by the undersigned.

The signature to this assignment is a warranty that the undersigned is legally capable of executing this assignment and that no proceedings in insolvency or bankruptcy have been instituted by or against the undersigned.

DATE SIGNED July 20, 19 95

**ASSIGNMENT BY**
**Signature Requirements On Reverse Side**

Witness [signature] Jessica G. Colicci

3712 E. MOUNTAIN SKY PHX, AZ 85044
Address of witness

Witness

Address of witness

Corporations must complete Resolution to Assign on reverse side.

This assignment has been recorded at the Home Office of the Company in Los Angeles, California. The Company assumes no responsibility for the sufficiency or validity of the assignment.

Date recorded AUG 10 1995

By [signature] Team Manager, Policy Change & Technical Services Department

ASSIGNMENT