STATE OF RHODE ISLAND
WASHINGTON, SC.

SUPERIOR COURT

DIANE E. SHERMAN and
BRIAN V. COLICCI, TRUSTEES

VS.

C.A. NO.:

TRANSAMERICA OCCIDENTAL
LIFE INSURANCE COMPANY

# COMPLAINT

Plaintiffs, Diane E. Sherman and Brian V. Colicci, Trustees of The Jessie G. Colicci 1995 Irrevocable Trust, complain of defendant, Transamerica Occidental Life Insurance Company, as follows:

1. Plaintiff, Diane E. Sherman, is a citizen of the State of Rhode Island and a resident of the Town of South Kingstown, County of Washington, State of Rhode Island.

2. Plaintiff, Brian V. Colicci, is a citizen of the State of Arizona and a resident of the City of Phoenix.

3. Defendant, Transamerica Occidental Life Insurance Company (hereinafter "Transamerica") is and at all times material hereto was a life insurance company authorized to transact business in the State of Rhode Island.

4. Since 1995, the plaintiffs have been and continue to be the Trustees of The Jessie G. Colicci 1995 Irrevocable Trust, which was created by their mother, Jessie G. Colicci (herein after "Ms Colicci"), on or about June 27, 1995, for the benefit of her grandchildren.

5. In 1994, Ms Colicci, on the advice of her financial advisers at Merrill Lynch Pierce Fenner & Smith Incorporated (hereinafter "Merrill Lynch"), decided to establish an irrevocable

life insurance trust (hereinafter "ILIT") for her grandchildren as a way to reduce her estate.

6. Ms Colicci, through here financial advisors, then began the process of obtaining life insurance and establishing the ILIT.

7. On January 20, 1995, Merrill Lynch and/or Merrill Lynch Life Agency, Inc., (hereinafter "Merrill Lynch Life" ), acting Ms Colicci's financial adviser and as agent for Transamerica, obtained a policy of life insurance on Ms Colicci's life having a face amount of $800,000 and designated policy number 92494449 (hereinafter the "Policy"). It was the intended that this policy would be used to fund the ILIT and would be transferred to the ILIT and made payable to the ITIL as soon as it was established.

8. As indicated above, the ILIT was established on June 27, 1995. Thereafter, on August 10, 1995, a Transfer of Ownership form was recorded with Transamerica by Merrill Lynch Life, changing the owner of the Policy from Ms Colicci to the plaintiffs as Trustees of The Jessie G. Colicci 1995 Irrevocable Trust.

9. Unfortunately, as a consequence of a mistake, a Change of Beneficiary Form, changing the beneficiaries of the Policy from Ms Colicci's grandchildren to the plaintiffs, as Trustees of The Jessie G. Colicci 1995 Irrevocable Trust, was not, at any time, recorded with Transamerica.

10. On February 25, 2005, Ms Colicci died in South Kingstown, Rhode Island.

11. After the death of Ms Colicci the plaintiffs and Ms Colicci's financial advisers discovered the mistake which had been made in 1995, since the named beneficiaries of the Policy were Ms Colicci's three minor grandchildren, Emily M. Sherman and Grant S. Sherman of South Kingstown, Rhode Island, and Taylor A. Colicci of Phoenix, Arizona, instead of the plaintiffs.

WHEREFORE, Plaintiffs demand judgment as follows:

a. For the reformation of the Policy changing the beneficiary designation from Ms Colicci's grandchildren to plaintiffs, as Trustees of The Jessie G. Colicci 1995 Irrevocable Trust; and

b. For, such other relief as may be appropriate under the circumstances.

Plaintiffs
By Their Attorney,

A. Lauriston Parks
10 Coronado Street
Jamestown, RI 02835
(401) 423-8900 (phone)
(401) 423-2628 (fax)
RI Bar #0385