**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

TRANSAMERICA OCCIDENTAL LIFE :
INSURANCE COMPANY :
Plaintiff :
:
V C.A. 05-374T
:
DIANE E. SHERMAN, et als :
Defendants

**NOTICE OF NON-OBJECTION TO PLAINTIFF'S MOTION FOR THE APPOINTMENT OF GUARDIAN AD LITEM**

Now come Defendants, Diane E. Sherman and Brian V. Colicci, and state that they nave no objection to Plaintiff's Motion for the appointment of a guardian ad litem to represent the interests of the minor defendants. Defendants' attorney has determined that each of the following members of the Rhode Island Bar would be willing to accept an appointment as the guardian ad litem in this action:

Kenneth P. Borden, James J. McKenna, and William A. Poore.

Diane E. Sherman and Brian V. Colicci
By their Attorney

A. Lauriston Parks, #0383
10 Coronado Street
Jamestown, RI 02835
(401) 423-8900 (Phone)
(401) 423-2628 (Fax)

**Proof of Service**

I hereby certify that on the 14 day of September, 2005, I mailed copy of the within Motion to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and to David A. Reif, Esq., McCarter & English, LLP, City Place I, 185 Asylum Street, Hartford, CT 06103.

A. Lauriston Parks