**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY<br>Plaintiff | : | |
| V | : | C.A. 05-374T |
| DIANE E. SHERMAN, et als<br>DefendantS | : | |

**ANSWER OF DEFENDANTS, DIANE E. SHERMAN AND BRIAN V. COLICCI, TO PLAINTIFF'S COMPLAINT**

**FIRST OFFENSE**

Defendants responds as follows to the numbered paragraphs of Plaintiff's Complaint:

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and leave the Plaintiff to the proof thereof.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Defendants make no response to the legal conclusions contained in this paragraph.
9. Defendants make no response to the legal conclusions contained in this paragraph.
10. Admitted.
11. Admitted.
12. Admitted.
13. Admitted.
14. Admitted.
15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph, but state that they have now been advised, after the death of Jessie G. Colicci, that such a change apparently was not made.
16. Admitted.
17. Admitted.
18. Admitted.
19. Admitted.
20. Admitted.
21. Admitted.
22. Denied.
23. Defendants make no response to the legal arguments contained in this paragraph.

24. Defendants make no response to the legal arguments contained in this paragraph.
25. Defendants neither admit nor deny the truth of the allegations contained in this paragraph and leave the Plaintiff to the proof thereof.
26. Defendants neither admit nor deny the truth of the allegations contained in this paragraph and leave the Plaintiff to the proof thereof.
27. Defendants neither admit nor deny the truth of the allegations contained in this paragraph and leave the Plaintiff to the proof thereof.

Diane E. Sherman ~~and Brian V. Colicci~~
By their Attorney

A. Lauriston Parks, #0385
10 Coronado Street
Jamestown, RI 02835
(401) 423-8900 (Phone)
(401) 423-2628 (Fax)

**<u>Proof of Service</u>**

I hereby certify that on the 14 day of September, 2005, I mailed copy of the within Motion to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and to David A. Reif, Esq., McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103.

A. Lauriston Parks