**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
SEP 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TRANSAMERICA OCCIDENTLAL LIFE INSURANCE COMPANY
Plaintiff

V C.A. 05-374T

DIANE E. SHERMAN, et als :
Defendant

**STIPULATION**

The time for Defendants, Emily M. Sherman, Grant S. Sherman, and Taylor A. Colicci to plead or otherwise respond to Plaintiff's complaint is hereby extended to and including October 24, 2005.

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903
(401) 421-3060

A. Lauriston Parks, Esq., #0385
10 Coronado Street
Jamestown, RI 02835
(401) 423-8900

ENTER:

Ernest C. Torres
Chief, U.S. District Judge

DATE: 9/19/05