FILED
SEP 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRANSAMERICA OCCIDENTAL
LIFE INSURANCE COMPANY,
Plaintiff

v. C.A. No. 05-374/T

DIANE E. SHERMAN and
BRIAN V. COLICCI, Trustees, et al.,
Defendants

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff Transamerica Occidental Life Insurance Company hereby moves that David A. Reif, Esq. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which ________ counsel specializes:

- ✓ Plaintiff's counsel's long-standing representation of the client: Transamerica Occidental Life Insurance Company.

- The local trial bar lacks experience in the field of: ________________________________.

- The case involves complex legal questions under the law of a foreign jurisdiction with which ________________ counsel is familiar, specifically: ________________________________.

- The case requires extensive discovery in a foreign jurisdiction convenient to ________________ counsel, as follows: ________________.

- It is a criminal case, and ________________ counsel is defendant's counsel of choice.

- Other: ________________________________.

By: [signature]
Attorney for Plaintiff
Transamerica Occidental Life Ins. Co.
VETTER & WHITE
20 Washington Place
Providence, RI 023903
401-421-3060
401-272-6803 [fax]

Dated: 9/12/05

SCANNED

**CERTIFICATE OF SERVICE**

TO:

A. Lauriston Parks, Esq.
10 Coronado Street
Jamestown, RI 02835

Brian V. Colicci
Taylor A. Colicci
3547 E.. Windmere Drive
Phoenix, AZ 85048

Diane E. Sherman
Emily Sherman
Grant S. Sherman
465 Chestnut Hill Rd.
Wakefield, RI 02879

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Motion For Entry of Appearance Pro Hac Vice by first class mail, postage prepaid, on the 12th day of September, 2005.

Melanie Lozetti

judge who presided). Diane E. Sherman, et al. v. Transamerica Occidental Life Ins. Co., C.A. No. 05-03297T. Motion for phv admission filed August 22, 2005.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

David Reif [signature]
Name

McCarter & English
Firm Name

185 Asylum Street
Business Address

Hartford, CT 06103

860-275-6700 Tel. #
860-724-3397 Fax#

Brooks R. Magratten, Esq. [signature]
Local Associate Counsel
3585
R.I. Bar #
Vetter & White
Firm Name

20 Washington Place
Business Address

Providence, Rhode Island 02903

401-421-3060 Tel. #
401-272-6803 Fax. #

---

ORDER: This motion is hereby Granted

Ernest C Torres / B
U.S. District Judge
Date: 9/28/05