RECEIVED

OCT 31 2005

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRANSAMERICA OCCIDENTLAL LIFE
INSURANCE COMPANY
Plaintiff :
:
V C.A. 05-374T
:
DIANE E. SHERMAN, et als :
Defendant

## STIPULATION

The time for Defendants, Emily M. Sherman, Grant S. Sherman, and Taylor A. Colicci to plead or otherwise respond to Plaintiff's complaint is hereby extended to and including November 29, 2005.

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903
(401) 421-3060

A. Lauriston Parks, Esq., #0385
10 Coronado Street
Jamestown, RI 02835
(401) 423-8900

ENTER: Ernest C. Torres

Ernest C. Torres
Chief, U.S. District Judge

DATE: 11/1/05