**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY

Plaintiff

v. C.A. No. 05-374T

DIANE E. SHERMAN, ET AL.

Defendants

**ORDER**

For reasons stated in open court on November 15, 2005, the Plaintiff's Motion to Appoint Guardians ad litem is hereby granted. William Poore, Esq. is appointed as guardian ad litem for Emily M. Sherman and Grant S. Sherman. Kenneth Borden, Esq. is appointed as guardian ad litem for Taylor A. Colicci. The guardians ad litem have until the close of business on December 15, 2005 to file an answer on behalf of the minor defendants.

The Plaintiff's Motion for Leave to Deposit Funds in the Registry of the Court is hereby granted. Plaintiff is to deposit the proceeds of the life insurance policy plus interest accrued up to and including November 15, 2005 into the Registry of the Court by the close of business on November 29, 2005. Upon such deposit, an order can enter that the Plaintiff is discharged from the case and from all liability with respect to the sum of money deposited.

The Plaintiff may file a motion for payment of reasonable fees and expenses from the amount deposited no later than

December 9, 2005.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 11/18/05