**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,

Plaintiff,

v.

DIANE E. SHERMAN, as Trustee under the Jessie G. Colicci 1995 Irrevocable Trust, et al.,

Defendants.

C.A. No. 05-0374/T

**NOTICE OF DEPOSIT OF FUNDS**
**INTO THE REGISTRY OF COURT**

Please note that pursuant to the Court's orders of November 18 and 29, 2005, the plaintiff Transamerica Occidental Life Insurance Company on November 29, 2005 deposited a check in the amount of $873,056.40 (copy appended hereto) into the Registry of the Court.

Brooks R. Magratten, Esq., # 3585
VETTER & WHITE
Attorneys for Plaintiff Transamerica Occidental Life Insurance Company
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Date: November 29, 2005

Of Counsel:

David A. Reif, Esq.
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103-3495
(860) 275-6700
(860) 724-3397 FAX
*Pro Hac Vice*

Date: November 29, 2005

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 29th day of November, 2005, to:

A. Lauriston Parks, Esq.
10 Coronado Street
Jamestown, RI 02835

William Poore, Esq.
Poore & Rosenbaum, LLP
The Commerce Center
30 Exchange Terrace
Providence, RI 02901-1117

Kenneth P. Borden, Esq.
Higgins Cavanagh & Cooney, LLP
The Hay Building, Fourth Floor
123 Dyer Street
Providence, RI 02903

/Melaine Losetti/