IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
DEC 0 7 2005

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY
Plaintiff

VS. C.A. No. 05-374T

DIANE E. SHERMAN, ET AL
Defendants

**MOTION TO EXTEND TIME**

The undersigned, guardian ad litem for Taylor A. Colicci, a minor, and a resident of Phoenix, Arizona, moves that the time within which the undersigned may file an answer on behalf of said minor as required by this Court's order of November 18, 2005, be extended to January 20, 2006, for the following reason:

Taylor A. Colicci is a resident of Phoenix, Arizona, and her father is unable to get time out of work in order to bring Taylor A. Colicci to Rhode Island to meet with me until January 13, 2006.

As soon as I meet with Taylor A. Colicci on January 13, 2006, I will promptly prepare and file an answer on her behalf with my report and recommendations.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
12/13/05

Kenneth P. Borden (#61)
Higgins, Cavanagh & Cooney, LLP
Attorney for Taylor A. Colicci, a minor
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Certification

I hereby certify that on the 7th day of December, 2005, I mailed a copy of the within document to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903; David A. Reif, Esq., McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103; William Poore, Esq., Poore & Rosenbaum, LLP, The Commerce Center, 30 Exchange Terrace, Providence, RI 02903; and A. Lauriston Parks, Esq., 10 Coronado Street, Jamestown, RI 02835.

[signature]