UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,

Plaintiff,

v.

DIANE E. SHERMAN, as Trustee under the Jessie G. Colicci 1995 Irrevocable Trust, et al.,

Defendants.

C.A. No. 05-374/T

**AFFIDAVIT OF BROOKS R. MAGRATTEN IN SUPPORT OF PLAINTIFF TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY'S <u>MOTION FOR ATTORNEYS' FEES AND COSTS</u>**

STATE OF RHODE ISLAND )
) ss:
COUNTY OF PROVIDENCE )

Brooks R. Magratten, being duly sworn, says:

1. I am an attorney duly licensed to practice in the State of Rhode Island.

2. This affidavit is made in support of Transamerica Occidental Life Insurance Company's ("Transamerica") motion for attorney's fees and costs.

3. I am a partner in the law firm of Vetter & White. I am frequently involved in insurance coverage and commercial litigation matters. See Profile attached hereto as Exhibit 1.

4. I have reviewed the billing statements for this matter from Vetter & White. I have personal knowledge of the facts attested to herein.

5. According to Vetter & White's time and expense records from July, 2005 through December, 2, 2005 (true and actual redacted copies of which are attached hereto at Exhibit 2), the time spent by me and others at Vetter & White in connection with the defense of the <u>Sherman</u>

v. Transamerica, C.A. No. 05-329/T action, this interpleader action and this motion totals $6,068.00, plus $1,009.19 in expenses.

6. The time and expense records, which are described above and attached hereto, are color-coded as follows: The entries for fees incurred for the action assigned C.A. No. 05-374/T are highlighted in yellow; the entries for fees incurred for the action assigned C.A. No. 05-329/T are highlighted in green; the entries for fees for both actions are highlighted in both yellow and green.

7. The breakdown of the fees incurred are as follows: the total fees incurred for the action assigned C.A. No. 05-374/T are $3,959.50, plus $309.42 in expenses; the total fees incurred for the action assigned C.A. 05-329/T are $2,108.50, plus $699.77 in expenses.

8. I have practiced with and/or supervised the following attorneys and paralegals who have worked on this and a related matter and have personal knowledge as to their abilities:

a. Catherine A. Shaghalian is an associate at Vetter & White. She has practiced law since 2003 working on insurance coverage and business litigation matters.

b. Leslie D. Mansur is a paralegal with Vetter & White. Ms. Mansur has been a paralegal since February, 2005. She has worked on numerous litigation maters.

9. Vetter & White's attorneys' fees in this matter which total $6,068.00, plus $1,009.19 in expenses, are an accurate, proper and reasonable total fee for this matter given the multiplicity of actions, the contested nature of the proceedings, pleading and motion practice.

The rates charged for each time-keeper are reasonable given their experience.

Brooks R. Magratten

Subscribed & sworn to before
me, the undersigned officer,
this 9th day of December, 2005.

Notary Public
My Commission Expires: 7/30/09

**CERTIFICATE OF SERVICE**

TO:

A. Lauriston Parks, Esq.
10 Coronado Street
Jamestown, RI 02835

William Poore, Esq.
Poore & Rosenbaum, LLP
The Commerce Center
30 Exchange Terrace
Providence, RI 02901-1117

Kenneth P. Borden, Esq.
Higgins Cavanagh & Cooney, LLP
The Hay Building, Fourth Floor
123 Dyer Street
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Affidavit of Brooks R. Magratten In Support Of Plaintiff Transamerica Occidental Life Insurance Company's Motion For Attorneys' Fees and Costs by first class mail, postage prepaid, on the 12th day of December, 2005