

**Brooks R. Magratten**

Since joining the firm in 1987, Brooks's practice has focused on the defense of commercial, products liability, insurance and ERISA claims. He has represented a variety of manufacturers, insurers and financial institutions in litigation in Massachusetts and Rhode Island.

In August, 2004 Brooks was appointed Chair of the Health & Disability Insurance Law Committee of the American Bar Association. He also serves as the Program Chair of the Life, Health & Disability Committee of DRI. In November, 2003 Brooks was elected Treasurer of the Federal Bar Association (Rhode Island Chapter). He is a former member of the House of Delegates of the Rhode Island Bar Association, and an active member of DRI, FDCC, PLAC, Defense Counsel of Rhode Island, the Federal Bench/Bar Committee of the Rhode Island Bar Association, Inns of Court and the Association of Life Insurance Counsel.

Brooks has authored and co-authored a variety of publications concerning product liability, ERISA and disability insurance topics. He is also a frequent lecturer on ethics, federal practice and product liability trends.

Brooks attended Hamilton College and the Dickinson School of Law. He obtained his MBA from Bryant College where he has also served as an adjunct faculty member, teaching courses on business law and ethics. He served as a law clerk to the Pennsylvania Governor's Office of General Counsel and to the Honorable David W. Craig of the Pennsylvania Commonwealth Court.

Brooks can be e-mailed at bmagratten@vetterandwhite.com

**Cases**

PPA which plaintiff claimed caused a massive intracranial hemorrhage and resulting paralysis. (Pending)

A reknowned auction house, prosecuting a claim for breach of contract and fraud

G.D. Searle & Co.

American National Can

Shipowners Claims Bureau

Marine Office of America

Pfizer, Inc.

Raytheon

CIGNA

Associated Aviation Underwriters

New York Life Insurance Co.

Providence Journal Co.

Avon Products

CNA Insurance Companies

ITT Industries

CIBA-GEIGY Corp.

Merrell Dow Pharmaceuticals

Time, Inc.

Chevron Inc.

arising from artwork offered for sale at auction. (Judgment for auction house).

A feeding tube allegedly causing bowel obstruction and infection (Plaintiff convinced to dismiss case after discovery)

A disability insurer on a claimed bad faith denial of benefits. (Summary judgment.)

An engine manufacturer sued for alleged breach of warranty and contract claims involving diesel marine engines provided to a fleet of fishing vessels. (Favorable settlement)

A national life insurer against claims of broker's policy churning presenting complex issues under ERISA and state law. (successful settlement)

Composers of musical compositions in various actions to enforce their copyrights against unlicensed performances. (Summary judgments, judgments after trials, and negotiated compliance with licensing agreements obtained)

An intra-ocular lens implant which plaintiff alleged permanently damaged his left eye (Summary judgment on preemption grounds; sustained on appeal.)

**Articles**

Hot Topics in Disability Law

by Brooks R. Magratten

Development of the Treating Physician Rule in ERISA Cases. In Search Of Objective Evidence Of Disability. Defining The Claimant's Occupation. Distinguishing Total from Residual Disability. When Individual Policies Become ERISA Plans.

Releasing ERISA Rights In Severance Agreements

by Brooks R. Magratten

At the end of an employment relationship the employer will seek to terminate many aspects of the employment relationship and may want to limit the terminated employee's eligibility to participate in ERISA-regulated employee benefit plans. What constitutes a release of ERISA-regulated employee benefits can be a complex question. Crafting an effective release requires more than clear and unambiguous language. Courts will consider a variety of factors surrounding the employment termination when deciding if an employee has made a knowing and voluntary waiver of rights to ERISA-

Dean Witter Reynolds, Inc.

Union Carbide Corp.

Aetna U.S. Healthcare, Inc.

Providence Steamboat

American Society of Composers, Authors and Publishers (ASCAP)

Sotheby's

McDonald's Corp.

Metropolitan Life Insurance Co.