VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

COPY

I.D. # 05-0391104

TRANSAMERICA OCCIDENTAL INS.CO.
David A. Reif, Esq.
McCarter & English
City Place 1, 185 Asylom St.
Hartford CT 06103

December 02, 2005
1022-3350

Statement #: 15720

Re: Sherman, Diane E.

Services through December 02, 2005

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/1/2005 | BRM | Attn ct order re pltf's extension to file answer | 0.10 | 20.00 |
| 11/8/2005 | BRM | Attn notice of rescheduled hearing; e-mails to/from Reif re same | 0.20 | 40.00 |
| 11/14/2005 | BRM | E-mails to/from D. Reif re 11/15 hrg | 0.25 | 50.00 |
| 11/15/2005 | BRM | Prep for and attend hrg on m/appoint guardians; t/c's/w Parks re form of orders; e-mails to/from Reif re same; draft order re deposit of funds; t/c/w ct. clerk re same; t/c/w Reif re deposit of funds | 2.25 | 450.00 |
| 11/18/2005 | BRM | Attn D. Reif report to Transamerica (.10); attn ct's orders entered on 11/15 hrg; v-mail D. Reif re same; fax orders to Reif | 0.50 | 100.00 |
| 11/21/2005 | BRM | Edit interpleader order; e-mail D. Reif re same | 0.30 | 60.00 |
| 11/22/2005 | BRM | T/c/w D. Reif re interpleader order; attn Reif e-mail re same; edit order; draft l/t J. Torres re same | 0.40 | 80.00 |
| 11/23/2005 | BRM | E-mails to/from D. Reif re form of order; t/c/w Reif re same; draft l/t J. Torres on order re deposit of $; t/c/w Parvin @ federal court re deposit into Registry of Court; t/c's/w Parks re form of order; finalize l/t Torres with order to deposit funds | 0.80 | 160.00 |
| 11/25/2005 | BRM | V-mail Clare P. @ federal court re deposit of funds | 0.10 | 20.00 |

VETTER & WHITE
*Attorneys at Law*

TRANSAMERICA OCCIDENTAL INS.CO.



| | | | Hours | Amount |
|---|---|---|---|---|
| 11/28/2005 | BRM | Attn l/f Reif with check; draft notice of Reporting Funds into Ct. Registry; fax proposed order to C. Paruin | 0.40 | 80.00 |
| 11/29/2005 | BRM | C/w Ct. Clerk re status of interpleader order; deposit funds into Registry of Ct; e-mail Reif re same; finalize notice of deposit | 0.80 | 160.00 |
| 12/1/2005 | BRM | E-mails to/from J. Thomen re fees | 0.10 | 20.00 |
| 12/2/2005 | BRM | T/c/w J. Thomen re fee petition | 0.25 | 50.00 |
| | | | 6.45 | **$1,290.00** |

Additional charges:

| | |
|---|---|
| E101 copying | 8.25 |
| E104 Long Distance Fascimile | 4.20 |
| E105 long distance telephone | 1.75 |
| E108 Postage | 3.33 |
| **Total costs** | **$17.53** |
| **Total amount of this bill** | **$1,307.53** |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 6.45 | $1,290.00 |

COPY

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

I.D. # 05-0391104

TRANSAMERICA OCCIDENTAL INS.CO.
David A. Reif, Esq.
McCarter & English
City Place 1, 185 Asylom St.
Hartford CT 06103

November 04, 2005
1022-3350

Statement #: 15660

Re: Sherman, Diane E.

Services through October 31, 2005

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| [redacted] | BRM | Edit, finalize reply memo, obj to m/add parties and m/deposit funds; file and serve same; t/c/w ct. clerk re procedure for depositing funds; attn pltf's supp memo in response to m/dismiss; fax same to M&E | 1.40 | 280.00 |
| 10/5/2005 | BRM | E-mails to/from D. Reif, M. Glasheen re 10/12 hrg, consolidation | 0.25 | 50.00 |
| 10/11/2005 | BRM | T/f Parks re his hospitalization; t/t ct. clerk re same; draft l/t J. Torres re continuance; t/c's/w D. Reif re same; v-mail to ct. clerk; finalize, fax l/t J. Torres; t/f J. Torres clerk re same; e-mail Reif re continuance; t/f Parks re same | 0.75 | 150.00 |
| | LDM | Delivered doc to Judge Torres for BRM | 0.25 | 21.25 |
| 10/12/2005 | BRM | Attn ct. notice of rescheduled hrg; e-mails to/from D. Reif re same | 0.25 | 50.00 |
| 10/14/2005 | BRM | T/c's/w Parks, Reif, ct. clerk re rescheduling 11/7 hrg; attn notice of 11/15 hrg; e-mail Reif re same | 0.50 | 100.00 |
| 10/18/2005 | BRM | T/f Parks re extension for children to answer; e-mails to/from Reif re same | 0.30 | 60.00 |
| 10/23/2005 | BRM | Attn l/f Parks with stip; e-mail D. Reif re same | 0.25 | 50.00 |
| 10/24/2005 | BRM | T/f Parks re enlargement stip | 0.20 | 40.00 |

VETTER & WHITE
*Attorneys at Law*

TRANSAMERICA OCCIDENTAL INS.CO.



| | | | Hours | Amount |
|---|---|---|---|---|
| 10/25/2005 | BRM | E-mail D. Reif re stipulation | 0.20 | 40.00 |
| 10/26/2005 | BRM | E-mails to/from Reif re enlargement stip; l/t Parks re same | 0.25 | 50.00 |
| 10/31/2005 | BRM | Attn l/f Parks with enlargement stip | 0.10 | 20.00 |
| | | | 4.70 | **$911.25** |

Additional charges:

| | |
|---|---|
| Copying | 16.35 |
| Long Distance Fascimile | 3.60 |
| Postage | 5.08 |
| **Total costs** | **$25.03** |
| **Total amount of this bill** | **$936.28** |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 4.45 | $890.00 |
| Leslie D. Mansur (Paralegal) | 0.25 | $21.25 |

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

COPY

I.D. # 05-0391104

TRANSAMERICA OCCIDENTAL INS.CO.
David A. Reif, Esq.
McCarter & English
City Place 1, 185 Asylom St.
Hartford CT 06103

October 05, 2005
1022-3350

Statement #: 15617

Re: Sherman, Diane E.

Services through September 30, 2005

<u>Professional services</u>

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/2/2005 | BRM | Attn return of service on Sherman defs; e-mail D. Reif re same; edit pro hac vice certificate; e-mail same to Reif | 0.40 | 80.00 |
| 9/6/2005 | BRM | T/f J. Torres re m/appoint guardian; attn notice of hrg, fax same to Reif; attn Parks v-mail re case status; t/c/w Parks re appointment of guardian; e-mail Reif re same | 0.70 | 140.00 |
| 9/7/2005 | BRM | E-mails to/from Reif re t/c/w Parks, extension, fees | 0.25 | 50.00 |
| [redacted] | BRM | T/f Parks re extension; attn order on pro hac vice motion; e-mail Reif re same | 0.40 | 80.00 |
| [redacted] | BRM | E-mails to/from Thomen re case status, Rule 26 disclosure; t/c/w Thomen re same | 0.40 | 80.00 |
| [redacted] | BRM | Attn l/f Parks with stip; attn l/f Reif with pro hac certificate; draft phv motion and file same; e-mails to/from Reif re stipulation, phv motion; attn Thomen request for file docs; l/t Parks with stip | 0.60 | 120.00 |
| | LDM | To USDC re filing of pro hac vice motion; c/w clerk re check receipt | 0.25 | 21.25 |
| 9/13/2005 | BRM | Follow up on status of service of process on Ariz. defts | 0.20 | 40.00 |
| | LDM | Review corresp file re l/t Arizona constable; t/t Michael Pain re service of summonses and complaints, left detailed message; e-mail from BRM re returns of service; e-mail to BRM re response to same; t/c/w Mike @ constable's office re service of summonses and complaints; message from Pam @ Mike Pain's office re service of complaints and | 0.50 | 42.50 |

VETTER & WHITE
*Attorneys at Law*

TRANSAMERICA OCCIDENTAL INS.CO. 

| | | | Hours | Amount |
|---|---|---|---|---|
| | | affidavits of service | | |
| 9/15/2005 | BRM | Attn ans, response to m/appoint guardian; m/extension; fax same to D. Reif | 0.30 | 60.00 |
| 9/19/2005 | BRM | Check ct. dockets; attn J. Torres entry of enlargement stip | 0.25 | 50.00 |
| 9/20/2005 | LDM | Review returns back from Arizona constable | 0.20 | 17.00 |
| 9/21/2005 | BRM | Attn order on pltf's m/extension, e-mail Reif re same; attn pltf's obj to m/dismiss and m/join parties, fax same to Reif, Thoman; e-mails to/from Reif re m/deposit funds; t/c/w Reif re same | 0.70 | 140.00 |
| 9/28/2005 | BRM | T/c/w Thomen re reply memo re m/dismiss, possible consolidation of actions, m/deposit funds | 0.25 | 50.00 |
| 9/29/2005 | BRM | Attn pro hac vice order; e-mails to/from Reif re same | 0.25 | 50.00 |
| 9/30/2005 | BRM | T/c's/w Thomen re obj to m/join parties, reply brief re m/dismiss and m/deposit funds; review and eidt same; e-mails to/from Thomen re same | 1.00 | 200.00 |
| | | | 6.65 | **$1,220.75** |

<u>Additional charges:</u>

| | |
|---|---|
| Constable Service fees | 75.00 |
| Copying | 172.70 |
| Long Distance Fascimile | 3.60 |
| Long Distance Telephone | 1.57 |
| Postage | 13.99 |
| **Total costs** | **$266.86** |
| **Total amount of this bill** | **$1,487.61** |

<u>Attorney Summary</u>

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 5.70 | $1,140.00 |
| Leslie D. Mansur (Paralegal) | 0.95 | $80.75 |

VETTER & WHITE
*Attorneys at Law*

20 Washington Place
Providence, RI 02903
401-421-3060

Fax: 401-272-6803
e-mail: A/R@vetterandwhite.com

COPY

I.D. # 05-0391104

TRANSAMERICA OCCIDENTAL INS.CO.
David A. Reif, Esq.
McCarter & English
City Place 1, 185 Asylom St.
Hartford CT 06103

September 07, 2005
1022-3350

Statement #: 15562

Re: Sherman, Diane E.

Services through August 31, 2005

Professional services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/28/1995 | BRM | T/c/w D. Reif re removal and interpleader; e-mails to/from Thomen re same | 0.70 | 140.00 |
| 7/29/2005 | BRM | T/c's/w Thomen re removal papers; e-mails to/from Thomen re same; edit, revise papers, file same; l/t Reif et al re filed papers, next steps | 1.60 | 320.00 |
| 8/1/2005 | BRM | T/c/w Parks er extension, interpleader; v-mail Reif re same; draft l/t Parks with stipulation; t/c/w Thomen re same | 0.70 | 140.00 |
| 8/2/2005 | BRM | E-mails to/from Reif re pro hac admission | 0.10 | 20.00 |
| 8/4/2005 | LDM | C/w BRM re certified copies of court docket and docket sheet; review file and copy re notice of removal to USDC | 0.25 | 21.25 |
| | BRM | Attn l/f Parks with stip; file and serve same; memo to LDM re obtaining copy of ct file | 0.30 | 60.00 |
| 8/5/2005 | LDM | Travel to/from Washington Cty Superior Ct re certified copies of court file; c/w court clerk re same | 1.50 | 127.50 |
| 8/8/2005 | BRM | Draft notice of filing St. Ct. record | 0.20 | 40.00 |
| 8/9/2005 | BRM | Draft, file notice of filing state court record | 0.30 | 60.00 |
| [illegible] | BRM | E-mails to/from Reif re update from pltf's counsel | 0.10 | 20.00 |
| [illegible]2005 | BRM | Attn l/f Thomen with Reif pro hac papers | 0.20 | 40.00 |

VETTER & WHITE
*Attorneys at Law*

TRANSAMERICA OCCIDENTAL INS.CO.



| | | | Hours | Amount |
|---|---|---|---|---|
| 8/16/2005 | BRM | Attn l/f Parks re new party pltfs; possible remand; e-mail to Reif re same; re-draft pro hac forms; e-mail same to Thomen | 0.50 | 100.00 |
| 8/22/2005 | LDM | C/w BRM re filing of pro hac vice motion; to USDC re same; c/w Clerk re receipt for check | 0.35 | 29.75 |
| | BRM | Attn l/f Thomen with Reif pro hac papers; finalize and file same; l/t Reif, Thomen re filed motion | 0.40 | 80.00 |
| 8/23/2005 | BRM | T/t Thomen re extension to answer complaint | 0.10 | 20.00 |
| 8/26/2005 | BRM | T/c/w Thomen, Reif re interpleader action; attn possible guardians ad litem; e-mail Reif, Thomen re same | 0.60 | 120.00 |
| 8/30/2005 | CAS | Assist BRM with filing interpleader, complaint, motion to appt guardian ad litem, m/dismiss; draft civil cover sheet, draft summonses | 2.00 | 300.00 |
| | LDM | C/w BRM re constables in Arizona and Rhode Island, service of complaints; research constable database on line re Arizona constables; t/c/w Pam @ Michael Pain's office in Phoenix re service of complaints; draft check request form re same; t/t F. Catamero RI constable re service of complaints; draft l/t Arizona constable re complaints; revise l/t Arizona constable re motion; copy summonses in prep for service; prep Fed Ex package to Arizona constable | 1.50 | 127.50 |
| | BRM | T/c's/w and e-mails to/from Reif re interpleader complaint, m/appoint guardian and m/dismiss; review and edit same; arrange for filing and service; l/t Reif with docs filed; l/t Parks re same | 4.20 | 840.00 |
| 8/31/2005 | BRM | Attn Reif l/t Parks re interpleader action | 0.20 | 40.00 |
| | | | 15.80 | **$2,646.00** |

Additional charges:

| | |
|---|---|
| Constable Service fees | 90.00 |
| Copying | 71.10 |
| Court filing fee | 500.00 |
| Postage | 6.18 |
| Travel | 32.49 |

VETTER & WHITE
*Attorneys at Law*

TRANSAMERICA OCCIDENTAL INS.CO. 

| | Amount |
|---|---|
| **Total costs** | **$699.77** |
| **Total amount of this bill** | **$3,345.77** |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Brooks R. Magratten (Partner) | 10.20 | $2,040.00 |
| Catherine A. Syner (Associate) | 2.00 | $300.00 |
| Leslie D. Mansur (Paralegal) | 3.60 | $306.00 |