**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, | : | |
| | : | C.A. No. 05-374/T |
| Plaintiff, | : | |
| v. | : | |
| DIANE E. SHERMAN, as Trustee under the Jessie G. Colicci 1995 Irrevocable Trust, et al., | : | |
| Defendants. | : | DECEMBER 8, 2005 |

**AFFIDAVIT OF DAVID A. REIF IN SUPPORT OF PLAINTIFF TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY'S MOTION FOR ATTORNEYS' FEES AND COSTS**

STATE OF CONNECTICUT )
) ss:
COUNTY OF HARTFORD )

I, David A. Reif, being duly sworn, do depose and state:

1. I am over the age of eighteen (18) and believe in the obligation of an oath.

2. I am an attorney duly licensed to practice in the State of Connecticut and have been admitted *pro hac vice* in the above-captioned case.

3. This affidavit is made in order to support the relief sought by plaintiff Transamerica Occidental Life Insurance Company ("Transamerica") in the above-captioned matter.

4. I am a partner in the law firm of McCarter & English. I am frequently involved in complex civil and business litigation matters. See Professional Profile of David A. Reif, Esq., a copy of which is attached hereto at Exhibit 1.

5. I have reviewed the billing statements for this matter from McCarter & English. Thus, I have personal knowledge of the facts attested to herein.

6. According to McCarter & English, LLP's time and expense records from July, 2005 through November, 2005 (true and actual redacted copies of which are attached at Exhibit 2), the time spent by the affiant and others at McCarter & English, LLP in connection with the defense of the Sherman v. Transamerica, C.A. No. 05-329/T action, this interpleader action and this motion, totals $42,590.00, plus $630.39 in expenses.

7. The time and expense records, which are described above and attached hereto, are color-coded as follows: The entries for fees incurred for the action assigned C.A. No. 05-374/T are highlighted in yellow; the entries for fees incurred for the action assigned C.A. No. 05-329/T are highlighted in green; the entries for fees for both actions are highlighted in both yellow and green.

8. The breakdown of the fees incurred are as follows: the total fees incurred for the action assigned C.A. No. 05-374/T are $23,832.75, plus $321.15 in expenses; the total fees incurred for the action assigned C.A. 05-329/T are $18,757.25, plus $309.24 in expenses.

9. The fees and expenses relating to this motion were incurred in December, 2005 and have not yet been billed. Such fees total $2,011.00.

10. As a partner at McCarter & English, I have practiced with and/or supervised the following attorneys and paralegals and have personal knowledge as to their abilities:

a. Michael J. Glasheen is a partner at McCarter & English. He has practiced law since 1973 working on insurance and commercial litigation matters. See Professional Profile of Michael J. Glasheen, Esq., a copy of which is attached hereto at Exhibit 1.

b. Jeffrey M. Thomen is an associate with McCarter & English. He has been practicing law since 1998 working on insurance and commercial litigation matters.

c. Paula M. Jones is an associate with McCarter & English. She has been practicing law since 1998 working on estates and trusts matters.

11. The total attorneys' fees in this matter, $50,669.00, plus $1,639.58 in expenses, is an accurate, proper and reasonable total fee for this matter given its contested nature, complexity, pleading and motion practice. The rates charged for each time-keeper are reasonable rates given their experience.

David A. Reif

Subscribed & sworn to before
me, the undersigned officer,
this 8TH day of December, 2005.

Notary Public
My Commission Expires:

M. ANDREW GLASS
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2007



ME1\5365896.1

**CERTIFICATE OF SERVICE**

TO:

A. Lauriston Parks, Esq.
10 Coronado Street
Jamestown, RI 02835

William Poore, Esq.
Poore & Rosenbaum, LLP
The Commerce Center
30 Exchange Terrace
Providence, RI 02901-1117

Kenneth P. Borden, Esq.
Higgins Cavanagh & Cooney, LLP
The Hay Building, Fourth Floor
123 Dyer Street
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within affidavit by first class mail, postage prepaid, on the 12th day of December, 2005.