# David A. Reif

**Business Services:** Commercial Litigation, Products

**Focus Areas:** Business Litigation

**Principal Industries:** Consumer and Industrial Products, Financial Institutions, Life Sciences

Mr. Reif tries a variety of complex civil cases in both state and federal courts, with over twenty-five jury cases to verdict. His experience and success have led to membership by invitation in the American Board of Trial Advocates and the International Association of Defense Counsel. He is Board Certified as a Civil Trial Advocate by the National Board of Trial Advocates.

Although he has a particular focus on distributorship law and products liability, Mr. Reif has applied his trial skills to a wide range of cases including the representation of lending institutions in significant litigation in and out of bankruptcy court; major property condemnations on behalf of both the property owner and the municipality; the defense of fraud and civil RICO claims; and representation of national lenders in class action defense. His product liability defense work includes representing the manufacturers and distributors of a host of consumer and industrial products and chemicals. He acts as regional counsel in the defense of asbestos litigation.

Representative product liability cases include handling birth defect claims against hospitals and their staffs; defending a client against alleged credit card fraud in State and Federal Courts Georgia; representing franchisees in litigation arising from the franchisor's change in distribution methods; and handling simultaneous litigation in three jurisdictions stemming from claims between steel importers and domestic customers. He has also represented clients involving simultaneous litigation in multiple jurisdictions.

Mr. Reif has extensive experience defending class action suits. These include one brought by several thousand consumers against a foreign product manufacturer regarding issues of corporate presence in the United States, and one in Connecticut and Idaho regarding alleged violations of Federal consumer lending statutes and regulations.

He is one of eleven authors nationwide invited to contribute to "Inside the Mind: Leading Product Liability Lawyers" (Aspatore Press, 2003).

Mr. Reif is a member of the McCarter & English Electronic Discovery Task Force.



**Partner**
City Place I
185 Asylum Street
Hartford, CT 06103
Tel. 860.275.7001
Fax. 860.724.3397
dreif@mccarter.com

**Education/Clerkship**

J.D., Harvard Law School, 1971

B.A., Lafayette College, *1968, magna cum laude*

Law Clerk, Hon. William H. Timbers, U.S. Court of Appeals, Second Circuit, 1971-1972

**Admitted to Practice**

Connecticut state and Federal Courts

U.S. District Court, Southern and Eastern Districts of New York

U.S. Court of Appeals, Second Circuit

U.S. Supreme Court

**Memberships/Professional Activities**

American Bar Association – Tort Trial and Insurance Practice Section, former Chair, Business Litigation Committee; Chair-Elect Products Liability Committee

Connecticut Bar Association, former Chair, Litigation and Franchise Sections

International Association of Defense Counsel

# Michael J. Glasheen

**Business Services:** Commercial Litigation

**Principal Industries:** Financial Institutions

Mr. Glasheen practices in the areas of commercial litigation in federal and state trial and appellate courts with a current emphasis on life and disability carrier litigation. His Martindale-Hubbell Rating is AV.

Mr. Glasheen has represented insurance clients for 20 years. This experience includes contractual disputes and claims decisions, both under ERISA and individual policies; sales practices litigation; multi-district litigation; interpleaders; policy rescissions; breach of non-policy contracts, and claims for extra-contractual, statutory, bad faith and punitive damages.

In a recent representation, Mr. Glasheen defended an insurer against allegations that one of its brokers improperly delivered a life insurance policy. The two-week trial resulted in a $1.2 million jury verdict in favor of the insurer.

Mr. Glasheen is also proficient in multiple areas of commercial litigation, including breach of contract; business torts, partnership and corporate disputes, UCC and prosecution and defense of injunctions.



**Partner**
Mellon Bank Center
1735 Market Street Suite 700
Philadelphia, PA 19103
Tel. 215.979.3880
Fax. 215.979.3899
mglasheen@mccarter.com

**Education/Clerkship**

J.D., Georgetown University Law Center, 1973

B.A., Lehigh University, *cum laude*, 1967

**Admitted to Practice**

District of Columbia

Pennsylvania

Supreme Court of Pennsylvania

U.S. District Court, Eastern, Middle, and Western Districts of Pennsylvania

U.S. Court of Appeals, Third Circuit

Multiple Pro Hac Vice admissions in other jurisdictions

**Memberships/Professional Activities**

Association of Life Insurance Counsel

International Claims Association, Member Law Committee

American Bar Association, Section on Litigation; Section on Trial, Torts and Insurance Practice (former Chair of Life Insurance Law Committee)

Philadelphia Bar Association