McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
Fax (973) 624-7070
www.mccarter.com
F.I.D. # 22-1534652

McCARTER ENGLISH
ATTORNEYS AT LAW

COPY

Page 1
September 12, 2005
Invoice 7378345

078370 TRANSAMERICA OCCIDENTAL
60013 COLICCI

TRANSAMERICA CENTER
1150 SOUTH OLIVE STREET
LOS ANGELES, CA 90015-2211

| | |
|---|---|
| **TOTAL FEES** ........ | $33,115.00 |
| **REDUCTION IN FEES** | (3,300.00) |
| **TOTAL DISBURSEMENTS** ........ | 309.24 |
| **TOTAL DUE THIS INVOICE** ........ | $30,124.24 |

Professional Services Recorded Through 08/31/2005

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| [redacted] | EXAMINE J. WATSON'S MEMO REGARDING CASE ISSUES AND ANALYZE POTENTIAL APPROACHES AND RESPONSES TO PLAINTIFFS' COMPLAINT. | 01907/MJG | 0.90 | 350.00 | 315.00 |
| [redacted] | MEMO TO D. REIF REGARDING ACTION ON INTERPLEADER; CONFERENCE WITH P. JONES REGARDING ESTATE ISSUES AND ADVERSITY; PREPARE MEMO OF P. JONES' ESTATE INFORMATION; MEMO TO J. WATSON REGARDING RECOMMENDED COURSE OF ACTION; MEMO TO J. ALGIERS AND TELEPHONE CALL WITH J. WATSON; EXAMINE J. WATSON'S MEMO REGARDING ACTION; TELEPHONE CALL WITH D. REIF REGARDING CASE ACTION (2X); COMMENCE PREPARING INTERPLEADER COMPLAINT. | 01907/MJG | 3.60 | 350.00 | 1,260.00 |
| [redacted] | OFFICE CONFERENCE WITH MIKE GLASHEEN, ESQ. REGARDING BACKGROUND INFORMATION ON FORMING AN ILIT; TRUST TERMS; TYPICAL PROCESS OF FILING CHANGE OF OWNERSHIP AND BENEFICIARY FORMS | 03486/PMJ | 0.30 | 265.00 | 79.50 |
| 07/27/2005 | MULTIPLE MEMOS WITH D. REIF REGARDING INFORMATION FOR NOTICE OF REMOVAL ETC.; ANALYZE AND REVISE DRAFT COMPLAINT IN INTERPLEADER; INVESTIGATE SERVICE ISSUE ON MINORS AND MEMOS TO D. REIF AND J. GREENSTONE REGARDING INFORMATION FOR SERVICE; EXAMINE AND INVESTIGATE PLAINTIFFS' RESIDENCY INFORMATION; MEMOS WITH J. THOMEN AND J. GREENSTONE REGARDING CORPORATE | 01907/MJG | 2.20 | 350.00 | 770.00 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| | INFORMATION. | | | | |
| [redacted] | PREPARATION OF REMOVAL APPLICATION, ISSUES RELATED TO SERVICE OF SAME, AND JURISDICTIONAL ISSUES REGARDING INTERPLEADER ACTION. | 03063/D_R | 2.25 | 390.00 | 877.50 |
| [redacted] | REVIEW COMPLAINT AND GROUNDS FOR REMOVAL UNDER RHODE ISLAND LOCAL RULES; PREPARE PETITION FOR REMOVAL, CIVIL COVER SHEET AND OTHER SUPPORTING DOCUMENTS; REVIEW LITIGATION STRATEGY WITH ATTORNEY REIF AND ATTORNEY GLASHEEN. | 02873/JMT | 3.40 | 265.00 | 901.00 |
| 07/28/2005 | ANALYZE AND FURTHER PREPARE COMPLAINT IN INTERPLEADER; TELEPHONE CALL WITH D. REIF REGARDING REMOVAL ACTION; ISSUES AND STRATEGY; MEMO TO J. WATSON REGARDING CONFIRMATION OF SERVICE DATE; ANALYZE AND COMMENCE PREPARATION OF MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM. | 01907/MJG | 3.10 | 350.00 | 1,085.00 |
| [redacted] | REVIEW AND REVISE PAPERS; TELEPHONE CONFERENCE WITH ATTORNEYS J. THOMEN AND M. GLASHEEN REGARDING DATES OF SERVICE AND RHODE ISLAND PROCEDURE; REVIEW OF REMOVAL PETITION. | 03063/D_R | 3.00 | 390.00 | 1,170.00 |
| [redacted] | TELEPHONE CONFERENCE M. GLASHEEN | 03063/D_R | 0.25 | 390.00 | 97.50 |
| [redacted] | ATTENTION TO PREPARATION OF REVISIONS TO PETITION FOR REMOVAL AND SUPPORTING DOCUMENTS; REVIEW LITIGATION STRATEGY WITH REGARD TO SAME; TELEPHONE CONFERENCE WITH LOCAL COUNSEL REGARDING REMOVAL. | 02873/JMT | 2.10 | 265.00 | 556.50 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 07/29/2005 | MEMOS AND TELEPHONE CALL WITH J. THOMEN REGARDING NOTICE OF REMOVAL FILING INFORMATION AND LOGISTICS; INITIAL EXAMINATION OF POLICY APPLICATION AND CLAIM FILE; MEMO TO D. FIELDS REGARDING SERVICE OF SUIT PAPERS; MEMOS AND TELEPHONE CALL WITH J. WATSON REGARDING SERVICE INFORMATION AND EXAMINE DOCUMENTS FROM J. WATSON; MEMOS WITH J. WATSON REGARDING SERVICE ISSUES; CONTINUE PREPARATION OF MOTION FOR APPOINTMENT OF GUARDIAN; EXAMINE SCOTT COLICCI BENEFICIARY ISSUE, RESEARCH, AND MEMO TO J. GREENSTONE; INITIAL EXAMINATION OF CLAIM FILE. | 01907/MJG | 3.80 | 350.00 | 1,330.00 |
| 07/29/2005 | REVIEW ALL FILE MATERIALS; CORRESPONDENCE; BACKGROUND OF TRUST CREATION AND FILING OF CHANGE OF OWNERSHIP; REVIEW TRUST TERMS; DETAILED MEMO TO MG OUTLINING TRUST TERMS AND POSSIBLE REASONS FOR PARENT'S INTEREST; REVIEW AND REVISE MEMO | 03486/PMJ | 2.25 | 265.00 | 596.25 |
| [redacted] | ATTENTION TO FILING PETITION FOR REMOVAL AND SUPPORTING DOCUMENTS; TELEPHONE CONFERENCES WITH LOCAL COUNSEL REGARDING SAME. | 02873/JMT | 0.70 | 265.00 | 185.50 |
| 07/30/2005 | EXAMINE P. JONES' MEMO REGARDING COMMENTS ON COLICCI TRUST DOCUMENT AND PREPARE REPLY MEMO; ANALYZE AND REVISE DRAFT INTERPLEADER COMPLAINT; ANALYZE CONFLICT AND MULTIPLE EXPOSURE ISSUE; ANALYSIS AND REVISION OF INTERPLEADER COMPLAINT, MOTION FOR APPOINTMENT OF GUARDIAN, ORDER AND SUPPORTING MEMO; MEMO TO D. REIF REGARDING PLEADINGS PREPARATION. | 01907/MJG | 2.70 | 350.00 | 945.00 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| [redacted] | CONFERENCE J. THOMEN RE: STATUS OF FILING OF REMOVAL AND STRATEGY FOR NEXT STEPS. | 03063/D_R | 0.25 | 390.00 | 97.50 |
| [redacted] | TELEPHONE CONFERENCE WITH PLAINTIFF'S COUNSEL AND J. THOMEN RE: PROCEDURAL ISSUES AND EXTENSION OF TIME. | 03063/D_R | 0.50 | 390.00 | 195.00 |
| [redacted] | MEMO M. GLASHEEN RE: FILING AND FUTURE ACTIVITY | 03063/D_R | 0.25 | 390.00 | 97.50 |
| [redacted] | TELEPHONE CONFERENCE WITH PLAINTIFF'S COUNSEL REGARDING REMOVAL; TELEPHONE CONFERENCE WITH ATTORNEY MAGRATTEN REGARDING RESPONSE TO PLAINTIFF'S COMPLAINT. | 02873/JMT | 0.70 | 265.00 | 185.50 |
| 08/05/2005 | MEMO TO D. REIF REGARDING CONTACT FROM PLAINTIFF'S ATTORNEY; CONTINUE PREPARING INTERPLEADER COMPLAINT AND REVIEW P. JONES' MEMO REGARDING TRUST INSTRUMENT. | 01907/MJG | 0.50 | 350.00 | 175.00 |
| 08/06/2005 | FURTHER ANALYSIS AND REVISION OF COMPLAINT IN INTERPLEADER, MOTION FOR APPOINTMENT OF GUARDIAN, ORDER AND SUPPORTING MEMORANDUM; ATTENTION TO CURRENT STATUS OF FILE. | 01907/MJG | 2.10 | 350.00 | 735.00 |
| [redacted] | REVIEW FILE AND TELEPHONE CALL WITH P. JONES REGARDING TRUST INSTRUMENT POINTS AND DISTRIBUTION ISSUES; TELEPHONE CALL WITH D. REIF AND J. THOMEN REGARDING PROPOSAL FROM TRUSTEE'S ATTORNEY (2X). | 01907/MJG | 0.80 | 350.00 | 280.00 |
| 08/08/2005 | REVIEW MEMO; TELEPHONE CONFERENCE WITH MIKE GLASHEEN, ESQ.; MEMO TO FILE | 03486/PMJ | 0.75 | 265.00 | 198.75 |
| [redacted] | TELEPHONE CONFERENCE WITH RHODE ISLAND LOCAL COUNSEL; ATTENTION TO DRAFTING OF | 02873/JMT | 0.70 | 265.00 | 185.50 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| | MOTION TO ADMIT ATTORNEY REIF PRO HAC VICE. | | | | |
| 08/09/2005 | MEMOS WITH D. REIF REGARDING APPLICATION INFORMATION; MEMO AND CONFERENCE WITH P. JONES REGARDING POTENTIAL INTEREST OF DECEASED GRANDCHILD. | 01907/MJG | 0.40 | 350.00 | 140.00 |
| 08/09/2005 | REVIEW APPLICATION; EMAIL M. GLASHEEN RE: SAME | 03063/D_R | 0.25 | 390.00 | 97.50 |
| [redacted] | TELEPHONE CALL AND CONFERENCE WITH P. JONES REGARDING BENEFICIARY DESIGNATION AND EFFECT OF CHANGE OF BENEFICIARY ON PARENTS' INTEREST; PREPARE NOTES FROM CONFERENCE WITH P. JONES; EXAMINE P. JONES' MEMO REGARDING PARENT INTEREST UNDER TRUST GIVEN DEATH OF S. COLICCI; MEMO TO J. WATSON REGARDING STATUS AND CONTACT FROM PLAINTIFFS' ATTORNEY; EXAMINE J. WATSON'S MEMO AND PREPARE REPLY MEMO. | 01907/MJG | 1.40 | 350.00 | 490.00 |
| [redacted] | MEETING WITH MIKE GLASHEEN, ESQ. REGARDING DIFFERENCE IN DISTRIBUTION UNDER TRUST VERSUS UNDER CURRENT BENEFICIARY DESIGNATION DUE TO DEATH OF ONE BENEFICIARY; CONFIRM IN WRITING | 03486/PMJ | 0.50 | 265.00 | 132.50 |
| 08/11/2005 | EXAMINE D. REIF'S MEMO REGARDING CONTACT WITH PLAINTIFF'S ATTORNEY AND PREPARE REPLY MEMO; ANALYZE AND REVISE COMPLAINT IN INTERPLEADER AND MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM. | 01907/MJG | 2.20 | 350.00 | 770.00 |
| [redacted] | TELEPHONE CONFERENCE PLAINTIFF'S COUNSEL; EMAIL TO M. GLASHEEN RE: SAME | 03063/D_R | 0.50 | 390.00 | 195.00 |
| [redacted] | ATTENTION TO PREPARATION OF | 02873/JMT | 0.30 | 265.00 | 79.50 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| | FILING OF DOCUMENTS FILED IN SUPPORT OF MOTION TO ADMIT PRO HAC VICE; PREPARE CORRESPONDENCE TO ATTORNEY MAGRATTEN REGARDING SAME. | | | | |
| 08/16/2005 | FURTHER REVIEW AND REVISION OF INTERPLEADER COMPLAINT; REVIEW TRUST DOCUMENT. | 01907/MJG | 0.40 | 350.00 | 140.00 |
| [redacted] | TELEPHONE CONFERENCE WITH ATTORNEY MAGRATTEN; PREPARE CORRESPONDENCE TO ATTORNEY MAGRATTEN REGARDING REVISED MOTION TO ADMIT PRO HAC VICE. | 02873/JMT | 0.50 | 265.00 | 132.50 |
| 08/19/2005 | REVIEW AND REVISE COMPLAINT IN INTERPLEADER, MOTION TO APPOINT GUARDIAN, ORDER AND MEMO IN SUPPORT OF MOTION; MEMO TO D. REIF AND J. WATSON REGARDING FILING ISSUES AND LOGISTICS. | 01907/MJG | 2.20 | 350.00 | 770.00 |
| 08/20/2005 | EXAMINE D. REIF'S MEMOS REGARDING LETTER FROM TRUSTEE'S ATTORNEY AND RESPOND; EXAMINE J. WATSON'S MEMO REGARDING PROCEEDS CHECK LOGISTICS. | 01907/MJG | 0.20 | 350.00 | 70.00 |
| [redacted] | TELEPHONE CALL WITH D. REIF REGARDING TRUSTEE'S ATTORNEY LETTER AND POSITION OR RESPONSE AND LITIGATION STRATEGY; ANALYZE AND MEMO TO J. WATSON ON INTERPLEADER SUIT ISSUES AND ORDERING CHECK. | 01907/MJG | 0.60 | 350.00 | 210.00 |
| 08/22/2005 | REVIEW OF LITIGATION STRATEGY W/ATTORNEY REIF RE: INTERPLEADER ACTION AND MOTION TO DISMISS; REVIEW OF CORRESPONDENCE FROM PLAINTIFF'S COUNSEL RE: GUARDIAN AD LITEM. | 02873/JMT | 0.80 | 265.00 | 212.00 |
| 08/23/2005 | ANALYZE AND REVISE DRAFT PLEADING; MEMO TO J. WATSON AND D. REIF REGARDING DRAFT | 01907/MJG | 1.40 | 350.00 | 490.00 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| | PLEADINGS; MEMOS TO D. REIF REGARDING TRUSTEE ATTORNEY CONTACT AND MOTION TO DISMISS. | | | | |
| 08/23/2005 | CONFERENCE J. THOMEN RE: MOTION TO DISMISS; EMAIL M. GLASHEEN RE: COMPLAINT | 03063/D_R | 0.50 | 390.00 | 195.00 |
| 08/24/2005 | EXAMINE D. REIF'S MEMO REGARDING COMMENTS TO DRAFT PLEADINGS AND PREPARE REPLY MEMO. | 01907/MJG | 0.20 | 350.00 | 70.00 |
| [redacted] | REVIEW COMPLAINT AND MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM; EMAIL TO M. GLASHEEN RE: SAME; TELEPHONE CONFERENCE J. THOMEN RE: BRIEF | 03063/D_R | 1.00 | 390.00 | 390.00 |
| 08/24/2005 | REVIEW OF GROUNDS FOR MOTION TO DISMISS; RESEARCH APPLICABLE CASE LAW FOR MOTION TO DISMISS FOR FAILURE TO JOIN A NECESSARY AND INDISPENSABLE PARTY. | 02873/JMT | 1.50 | 265.00 | 397.50 |
| [redacted] | EXAMINE D. REIF'S PROPOSED REVISIONS AND TELEPHONE CALL WITH D. REIF REGARDING REVISIONS TO COMPLAINT AND MOTION PAPERS AND RELATED STRATEGY/POSITION ISSUES. | 01907/MJG | 1.00 | 350.00 | 350.00 |
| [redacted] | REVIEW AND REVISE COMPLAINT AND OTHER DOCUMENTS FOR INTERPLEADER ACTION; TELEPHONE CONFERENCE M. GLASHEEN RE: CHANGES TO BRIEF. | 03063/D_R | 4.75 | 390.00 | 1,852.50 |
| 08/25/2005 | CONTINUED RESEARCH & REVIEW OF CASELAW ON NON-JOINDER OF NECESSARY & DISPENSABLE PARTIES; ATTENTION TO DRAFT OF BRIEF IN SUPPORT OF MOTION TO DISMISS UNDER RULE 12(B)(7). | 02873/JMT | 9.10 | 265.00 | 2,411.50 |
| 08/26/2005 | CONFERENCE WITH D. REIF AND TELEPHONE CALL WITH P. JONES REGARDING NEW ISSUE RELATED TO DEATH OF SCOTT COLICCI AND INTEREST OF PARENTS OF | 01907/MJG | 0.40 | 350.00 | 140.00 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
| --- | --- | --- | --- | --- | --- |
| | SCOTT/CHILDREN OF JESSE COLICCI. | | | | |
| [redacted] | PREPARATION OF DOCUMENTS RE: INTERPLEADER ACTION | 03063/D_R | 4.00 | 390.00 | 1,560.00 |
| 08/26/2005 | TELEPHONE CONFERENCE WITH MIKE GLASHEEN, ESQ. TO VERIFY ULTIMATE RESULT IN DEATH OF ONE BENEFICIARY OF POLICY UNDER TRUST TERMS; UPDATE MEMO TO FILE | 03486/PMJ | 0.40 | 265.00 | 106.00 |
| [redacted] | ATTENTION TO PREPARATIONS OF REVISIONS TO COMPLAINT IN INTERPLEADER AND BRIEF FOR APPOINTMENT OF GUARDIAN AD LITEM; PHONE CONFERENCE WITH ATTORNEY MAGRATTEN RE INTERPLEADER ACTION; REVIEW OF LITIGATION STRATEGY WITH ATTORNEY REIF; ATTENTION TO DRAFTING OF BRIEF IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULE 12(B)(7). | 02873/JMT | 8.30 | 265.00 | 2,199.50 |
| [redacted] | TELEPHONE CONFERENCE J. THOMEN RE: BRIEF IN SUPPORT OF MOTION TO DISMISS; REVIEW AND REVISE SAME; REVIEW AND REVISE COMPLAINT AND RELATED DOCUMENTS | 03063/D_R | 2.85 | 390.00 | 1,111.50 |
| 08/28/2005 | ATTENTION TO PREPARATION OF DRAFTING BRIEF IN SUPPORT OF MOTION TO DISMISS COMPLAINT. | 02873/JMT | 4.80 | 265.00 | 1,272.00 |
| [redacted] | REVIEW AND REVISE DOCUMENTS RE: MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM AND MOTION TO DISMISS; TELEPHONE CONFERENCE MICHAEL GLASHEEN RE: SAME | 03063/D_R | 4.50 | 390.00 | 1,755.00 |
| 08/29/2005 | CONTINUE RESEARCH AND REVIEW RELEVANT CASE LAW REGARDING NECESSARY AND INDISPENSABLE PARTIES; PREPARE FINAL REVISIONS TO BRIEF IN SUPPORT OF MOTION TO DISMISS AND | 02873/JMT | 9.30 | 265.00 | 2,464.50 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| | PLEADINGS FILED IN SUPPORT OF INTERPLEADER ACTION; REVIEW LITIGATION STRATEGY WITH ATTORNEY REIF. | | | | |
| [redacted] | REVIEW FILE AND MEMO TO D. REIF REGARDING SERVICE ISSUES, PARTICULARLY FOR MINORS; MEMO TO J. WATSON REGARDING CASE STATUS. | 01907/MJG | 0.30 | 350.00 | 105.00 |
| 08/30/2005 | REVISE MEMORANDUM IN SUPPORT OF MOTION TO DISMISS; TELEPHONE CONFERENCE B. MAGRATTEN RE: MOTION AND EXHIBITS; TELEPHONE CONFERENCE J. THOMEN RE: SAME | 03063/D_R | 1.25 | 390.00 | 487.50 |
| | TOTAL HOURS & DOLLARS | | 102.90 | | $33,115.00 |

| | |
|---|---|
| **TOTAL FEES** ........................................ | $33,115.00 |
| **REDUCTION IN FEES** | (3,300.00) |
| **TOTAL DISBURSEMENTS** ........................................ | 309.24 |
| **TOTAL DUE THIS INVOICE** ........................................ | $30,124.24 |

TIMEKEEPER LISTING

| | | |
|---|---|---|
| 01907 | MICHAEL J. GLASHEEN | PARTNER |
| 02873 | JEFFREY M. THOMEN | ASSC |
| 03063 | DAVID A. REIF | PARTNER |
| 03486 | PAULA M. JONES | ASSC |

| DATE | DISBURSEMENTS | | VALUE |
|---|---|---|---|
| 08/11/2005 | PHOTOCOPIES | 3.60 | |
| 08/12/2005 | PHOTOCOPIES | 0.45 | |
| 08/26/2005 | PHOTOCOPIES | 5.70 | |
| 08/26/2005 | PHOTOCOPIES | 0.15 | |
| 08/26/2005 | PHOTOCOPIES | 5.40 | |
| | **Total For: PHOTOCOPIES** | | **15.30** |
| 08/17/2005 | TELEPHONE | 5.18 | |
| 08/17/2005 | TELEPHONE | 0.25 | |
| 08/22/2005 | TELEPHONE | 0.07 | |
| 08/22/2005 | TELEPHONE | 0.66 | |
| 08/23/2005 | TELEPHONE | 0.11 | |
| 08/23/2005 | TELEPHONE | 0.31 | |
| 08/25/2005 | TELEPHONE | 0.07 | |
| 08/25/2005 | TELEPHONE | 0.11 | |
| 08/26/2005 | TELEPHONE | 1.48 | |
| 08/26/2005 | TELEPHONE | 7.40 | |
| 08/30/2005 | TELEPHONE | 0.74 | |
| 08/30/2005 | TELEPHONE | 2.22 | |
| | **Total For: TELEPHONE** | | **18.60** |
| 08/12/2005 | FILING FEES-MISC - FEDERAL BOARD OF BAR EXAMINERS COURT FILING - PRO HAC VICE MOTION | 50.00 | |
| | **Total For: FILING FEES-MISC** | | **50.00** |
| 08/24/2005 | LIBRARY RESEARCH | 121.72 | |
| 08/25/2005 | LIBRARY RESEARCH | 65.83 | |
| 08/29/2005 | LIBRARY RESEARCH | 27.76 | |
| | **Total For: LIBRARY RESEARCH** | | **215.31** |
| 07/28/2005 | FEDERAL EXPRESS - FEDERAL EXPRESS OVERNIGHT TO BROOKS MAGRATTEN | 10.03 | |
| | **Total For: FEDERAL EXPRESS** | | **10.03** |

**TOTAL DISBURSEMENTS** ........................................................ $309.24

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
Fax (973) 624-7070
www.mccarter.com
F.I.D. # 22-1534652

McCARTER ENGLISH
ATTORNEYS AT LAW

COPY

Page 1
October 24, 2005
Invoice 7384870

078370 TRANSAMERICA OCCIDENTAL
60013 COLICCI

TRANSAMERICA CENTER
1150 SOUTH OLIVE STREET
LOS ANGELES, CA 90015-2211

| | |
|---|---|
| **TOTAL FEES** ........................................ | $5,052.00 |
| **FEES REDUCED BY** | (505.00) |
| **TOTAL DISBURSEMENTS** ........................................ | 166.48 |
| **TOTAL DUE THIS INVOICE** ........................................ | $4,713.48 |

Professional Services Recorded Through 09/30/2005

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 07/27/2005 | RESEARCH TO LOCATE CONTACT INFORMATION FOR PLAINTIFFS' DIANE E. SHERMAN AND BRIAN V. COLICCI. | 00216/JJG | 0.60 | 110.00 | 66.00 |
| [redacted] | CONDUCTING RESEARCH TO VERIFY THAT SCOTT COLICCI HAS DIED. | 00216/JJG | 0.20 | 125.00 | 25.00 |
| [redacted] | TELEPHONE CONFERENCE WITH ATTORNEY M. GLASHEEN REGARDING STRATEGY. | 03063/D_R | 0.25 | 390.00 | 97.50 |
| 09/06/2005 | EMAIL B. MAGRATTEN AND M. GLASHEEN RE: EXTENSION OF TIME AND APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM. | 03063/D_R | 0.20 | 390.00 | 78.00 |
| 09/07/2005 | EXAMINE MEMOS BETWEEN D. REIF AND LOCAL COUNSEL ON HEARING DATE AND ANSWER TO INTERPLEADER COMPLAINT AND MEMO TO D. REIF REGARDING ACTION. | 01907/MJG | 0.60 | 350.00 | 210.00 |
| 09/07/2005 | EMAILS RE: APPOINTMENT OF GUARDIAN AD LITEM AND COURT PROCEEDING ON OCTOBER 12. | 03063/D_R | 0.50 | 390.00 | 195.00 |
| 09/08/2005 | REVIEW OF STATUS OF PLEADINGS IN REFORMATION AND INTERPLEADER ACTIONS; DRAFT MEMO RE DISCOVERY AND PLEADING DEADLINES. | 02873/JMT | 0.90 | 265.00 | 238.50 |
| [redacted] | PHONE CONFERENCE W/ATTORNEY MAGRATTEN RE FILING DEADLINES AND SCHEDULING ORDER; REVIEW OF RECENT CORRESPONDENCE AND PLEADINGS. | 02873/JMT | 0.60 | 265.00 | 159.00 |
| 09/12/2005 | EMAILS TO B. MAGRATTEN RE: EXTENSION OF TIME. | 03063/D_R | 0.25 | 390.00 | 97.50 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| [redacted] | REVIEW CORRESPONDENCE FROM ATTORNEY MAGRATTEN REGARDING PLAINTIFF'S PROPOSED STIPULATION. | 02873/JMT | 0.20 | 265.00 | 53.00 |
| [redacted] | EXAMINE MULTIPLE PLEADINGS FROM D. SHERMAN AND B. COLICCI (AS BOTH PLAINTIFFS AND DEFENDANTS) AND MEMO TO J. WATSON REGARDING COMMENT ON PLEADINGS. | 01907/MJG | 0.40 | 350.00 | 140.00 |
| 09/20/2005 | REVIEW ANSWER AND DETERMINE STRATEGY RE: RESOLUTION; TELEPHONE CONFERENCE AND EMAILS TO M. GLASHEEN RE: SAME | 03063/D_R | 0.40 | 390.00 | 156.00 |
| 09/21/2005 | TELEPHONE CONFERENCE B. MAGRATTEN RE: MOTION TO PAY FUNDS INTO COURT. | 03063/D_R | 0.25 | 390.00 | 97.50 |
| [redacted] | EXAMINE MULTIPLE PLEADINGS ON BEHALF OF PLAINTIFF TRUSTEES IN REMOVED ACTION; EXAMINE D. REIF'S MEMO REGARDING OPEN ISSUES; TELEPHONE CALL WITH D. REIF REGARDING MULTIPLE OPEN ISSUES, POSITIONS AND ACTION. | 01907/MJG | 0.70 | 350.00 | 245.00 |
| [redacted] | REVIEW MOTIONS AND OBJECTIONS FROM ATTORNEY PARKS; EMAIL M. GLASHEEN RE: RECOMMENDED RESPONSES THERETO. | 03063/D_R | 0.30 | 390.00 | 117.00 |
| [redacted] | TELEPHONE CONFERENCE WITH M. GLASHEEN RE: STRATEGY | 03063/D_R | 0.25 | 390.00 | 97.50 |
| 09/23/2005 | PREPARATION OF MOTION TO MAKE PAYMENT, MOTION TO CONSOLIDATE AND OPPOSITION TO MOTION TO AMEND AND ADD PARTIES. | 03063/D_R | 0.50 | 390.00 | 195.00 |
| [redacted] | CONFERENCE J. THOMEN RE: VARIOUS MOTIONS AND MEMORANDA IN SUPPORT THEREOF. | 03063/D_R | 0.25 | 390.00 | 97.50 |
| 09/28/2005 | RESEARCH CASE LAW REGARDING DEPOSITING FUNDS INTO REGISTRY, | 02873/JMT | 6.20 | 265.00 | 1,643.00 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| | RIGHT TO ATTORNEY'S FEES AND JOINDER; ATTENTION TO PREPARTION OF BRIEF IN SUPPORT OF MOTION TO DEPOSIT FUNDS INTO REGISTRY OF COURT, BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO JOIN PARTIES AND REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS. | | | | |
| [redacted] | REVIEW AND REVISE DRAFT OF BRIEF FROM J. THOMEN | 03063/D_R | 1.25 | 390.00 | 487.50 |
| [redacted] | PREPARE REVISIONS TO REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS; TELEPHONE CONFERENCE WITH LOCAL COUNSEL REGARDING DEPOSIT OF FUNDS INTO COURT'S REGISTRY. | 02873/JMT | 1.30 | 265.00 | 344.50 |
| [redacted] | TELEPHONE CONFERENCE WITH LOCAL COUNSEL REGARDING FILING OF MOTIONS; PREPARE REVISIONS TO BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO JOIN PARTIES. | 02873/JMT | 0.80 | 265.00 | 212.00 |
| | TOTAL HOURS & DOLLARS | | 16.90 | | $5,052.00 |

| | |
|---|---|
| **TOTAL FEES** ............ | $5,052.00 |
| **FEES REDUCED BY** | (505.00) |
| **TOTAL DISBURSEMENTS** ............ | 166.48 |
| **TOTAL DUE THIS INVOICE** ............ | $4,713.48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01907 | MICHAEL J. GLASHEEN | PARTNER | 1.70 | Hours @ | 350.00 | 595.00 |
| 03063 | DAVID A. REIF | PARTNER | 4.40 | Hours @ | 390.00 | 1,716.00 |
| | **Sub-total** | | **6.10** | | | **2,311.00** |
| 02873 | JEFFREY M. THOMEN | ASSOCIATE | 10.00 | Hours @ | 265.00 | 2,650.00 |
| 00216 | JAMES J. GREENSTONE | OTHER | 0.60 | Hours @ | 110.00 | 66.00 |
| 00216 | JAMES J. GREENSTONE | OTHER | 0.20 | Hours @ | 125.00 | 25.00 |
| | **Sub-total** | | **0.80** | | | **91.00** |
| **ATTORNEY TOTALS:** | | | **16.90** | | | **5,052.00** |

| DATE | DISBURSEMENTS | VALUE | |
|---|---|---|---|
| 07/29/2005 | PHOTOCOPIES | 49.05 | |
| 07/29/2005 | PHOTOCOPIES | 20.10 | |
| 09/08/2005 | PHOTOCOPIES | 15.00 | |
| 09/09/2005 | PHOTOCOPIES | 0.60 | |
| 09/19/2005 | PHOTOCOPIES | 0.75 | |
| 09/22/2005 | PHOTOCOPIES | 0.75 | |
| 09/26/2005 | PHOTOCOPIES | 1.95 | |
| | **Total For: PHOTOCOPIES** | | **88.20** |
| 08/08/2005 | TELEPHONE | 5.92 | |
| 08/08/2005 | TELEPHONE | 2.25 | |
| 09/09/2005 | TELEPHONE | 8.14 | |
| 09/22/2005 | TELEPHONE | 0.09 | |
| 09/22/2005 | TELEPHONE | 0.87 | |
| 09/30/2005 | TELEPHONE | 0.74 | |
| | **Total For: TELEPHONE** | | **18.01** |
| 09/19/2005 | TELECOPIER | 6.00 | |
| 09/21/2005 | TELECOPIER | 7.00 | |
| | **Total For: TELECOPIER** | | **13.00** |
| 07/28/2005 | LIBRARY RESEARCH | 4.13 | |
| 07/30/2005 | LIBRARY RESEARCH | 4.13 | |
| 08/05/2005 | LIBRARY RESEARCH | 4.13 | |
| 09/28/2005 | LIBRARY RESEARCH | 24.62 | |
| | **Total For: LIBRARY RESEARCH** | | **37.01** |
| 09/09/2005 | FEDERAL EXPRESS - FEDERAL EXPRESS OVERNIGHT TO BROOKS MAGRATTAN. | 10.26 | |
| | **Total For: FEDERAL EXPRESS** | | **10.26** |

**TOTAL DISBURSEMENTS** ........................................................... $166.48

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
Fax (973) 624-7070
www.mccarter.com
F.I.D. # 22-1534652

COPY

McCARTER ENGLISH
ATTORNEYS AT LAW

Page 1
November 14, 2005
Invoice 7388061

078370 TRANSAMERICA OCCIDENTAL
60013 COLICCI

TRANSAMERICA CENTER
1150 SOUTH OLIVE STREET
LOS ANGELES, CA 90015-2211

| | |
|---|---|
| **TOTAL FEES**............................................................ | $876.00 |
| **TOTAL DISBURSEMENTS**.............................................. | 22.18 |
| **TOTAL DUE THIS INVOICE**.......................................... | $898.18 |

Professional Services Recorded Through 10/31/2005

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
| --- | --- | --- | --- | --- | --- |
| [redacted] | MEMOS WITH D. REIF REGARDING TRUSTEES' SUPPLEMENTAL MEMO. | 01907/MJG | 0.10 | 360.00 | 36.00 |
| [redacted] | REVIEW SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS; EMAIL B. MAGRATTEN RE: SAME; REVIEW TROMBINO CASE RE: REMAND AFTER ADDITION OF MISSING PARTY; EMAIL M. GLASHEEN RE: SAME | 03063/D_R | 1.00 | 400.00 | 400.00 |
| 10/11/2005 | TELEPHONE BROOKS MAGRATTEN RE: SCHEDULING; EMAILS B. MAGRATTEN RE: SAME; EMAIL J. WATSON RE: STATUS OF CONTINUANCE; REVIEW MAGRATTEN BILL; CORRESPONDENCE J. WATSON RE: SAME | 03063/D_R | 0.80 | 400.00 | 320.00 |
| 10/12/2005 | EMAILS RE: SCHEDULING OF HEARING ON MOTION TO APPOINT GUARDIAN AD LITEM | 03063/D_R | 0.20 | 400.00 | 80.00 |
| 10/14/2005 | TELEPHONE B. MAGRATTEN RE: RESCHEDULING OF HEARING | 03063/D_R | 0.10 | 400.00 | 40.00 |
| | TOTAL HOURS & DOLLARS | | 2.20 | | $876.00 |

| | |
| --- | --- |
| **TOTAL FEES** ........................................ | $876.00 |
| **TOTAL DISBURSEMENTS** ........................................ | 22.18 |
| **TOTAL DUE THIS INVOICE** ........................................ | $898.18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01907 | MICHAEL J. GLASHEEN | PARTNER | 0.10 | Hours @ | 360.00 | 36.00 |
| 03063 | DAVID A. REIF | PARTNER | 2.10 | Hours @ | 400.00 | 840.00 |
| | **Sub-total** | | **2.20** | | | **876.00** |

| | | |
|---|---|---|
| **ATTORNEY TOTALS:** | **2.20** | **876.00** |

| DATE | DISBURSEMENTS | | VALUE |
|---|---|---|---|
| 10/05/2005 | PHOTOCOPIES | 14.25 | |
| 10/26/2005 | PHOTOCOPIES | 1.65 | |
| | **Total For: PHOTOCOPIES** | | **15.90** |
| 10/04/2005 | TELEPHONE | 1.10 | |
| 10/11/2005 | TELEPHONE | 2.96 | |
| 10/11/2005 | TELEPHONE | 0.74 | |
| 10/14/2005 | TELEPHONE | 1.48 | |
| | **Total For: TELEPHONE** | | **6.28** |

**TOTAL DISBURSEMENTS** ........................................................... $22.18

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
Fax (973) 624-7070
www.mccarter.com
F.I.D. # 22-1534652

McCARTER ENGLISH
ATTORNEYS AT LAW

December 6, 2005
Invoice 7391070

078370 TRANSAMERICA OCCIDENTAL
60013 COLICCI

TRANSAMERICA CENTER
1150 SOUTH OLIVE STREET
LOS ANGELES, CA 90015-2211

| | |
|---|---|
| **TOTAL FEES**.......... | $3,547.00 |
| **TOTAL DISBURSEMENTS**.......... | 132.49 |
| **TOTAL DUE THIS INVOICE**.......... | $3,679.49 |

Please include this page with your remittance. Thank you.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
(973) 622-4444
Fax (973) 624-7070
www.mccarter.com
F.I.D. # 22-1534652

McCARTER ENGLISH
ATTORNEYS AT LAW

Page 1
December 6, 2005
Invoice 7391070

078370 TRANSAMERICA OCCIDENTAL
60013 COLICCI

TRANSAMERICA CENTER
1150 SOUTH OLIVE STREET
LOS ANGELES, CA 90015-2211

| | |
|---|---|
| **TOTAL FEES** | $3,547.00 |
| **TOTAL DISBURSEMENTS** | 132.49 |
| **TOTAL DUE THIS INVOICE** | $3,679.49 |

Professional Services Recorded Through 11/30/2005

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| 10/05/2005 | PREPARE CORRESPONDENCE TO ATTORNEY WATSON REGARDING RECENT FILINGS. | 02873/JMT | 0.20 | 275.00 | 55.00 |
| 11/14/2005 | PREPARE FOR HEARING BEFORE USDCT RHODE ISLAND; EMAIL TO B. MAGRATTEN RE: SAME | 03063/D_R | 0.25 | 400.00 | 100.00 |
| 11/15/2005 | REVIEW D. REIF'S MEMOS REGARDING COURT HEARING AND PREPARE REPLY MEMO REGARDING INTERPLEADER RESOLUTION AND ATTORNEY FEES. | 01907/MJG | 0.20 | 360.00 | 72.00 |
| 11/15/2005 | PREPARE FOR AND ATTEND COURT RE: VARIOUS MOTIONS, INCLUDING MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM, MOTION TO DISMISS, MOTION TO MAKE DEPOSIT; CORRESPONDENCE WITH CLIENT RE: RESULTS OF HEARING AND ISSUANCE OF CHECK; TELEPHONE CONFERENCE B. MAGRATTEN RE: PAYEE AND EMAIL CLIENT RE: SAME | 03063/D_R | 6.75 | 400.00 | 2,700.00 |
| 11/18/2005 | REVIEW ORDERS FROM JUDGE TORRES RE: DISCHARGE FROM LIABILITY AND RELATED ISSUES | 03063/D_R | 0.25 | 400.00 | 100.00 |
| 11/22/2005 | TELEPHONE CONFERENCE AND EMAIL B. MAGRATTEN RE: AMENDED ORDER; EMAILS D. FIELD RE: OBTAINING CHECK | 03063/D_R | 0.25 | 400.00 | 100.00 |
| 11/23/2005 | REVIEW PROPOSED REVISED ORDER; EMAILS AND TELEPHONE COMMUNICATION WITH BROOKS MAGRATTEN RE: SAME; CORRESPONDENCE B. MAGRATTEN RE: CHECK FOR DEPOSIT WITH CLERK OF COURT | 03063/D_R | 1.05 | 400.00 | 420.00 |

| DATE | DESCRIPTION | ATTY | HOURS | RATE | VALUE |
|---|---|---|---|---|---|
| | TOTAL HOURS & DOLLARS | | 8.95 | | $3,547.00 |

| | |
|---|---|
| **TOTAL FEES** | $3,547.00 |
| **TOTAL DISBURSEMENTS** | 132.49 |
| **TOTAL DUE THIS INVOICE** | $3,679.49 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01907 | MICHAEL J. GLASHEEN | PARTNER | 0.20 | Hours @ | 360.00 | 72.00 |
| 03063 | DAVID A. REIF | PARTNER | 8.55 | Hours @ | 400.00 | 3,420.00 |
| | **Sub-total** | | **8.75** | | | **3,492.00** |
| 02873 | JEFFREY M. THOMEN | ASSOCIATE | 0.20 | Hours @ | 275.00 | 55.00 |
| **ATTORNEY TOTALS:** | | | **8.95** | | | **3,547.00** |

078370 TRANSAMERICA OCCIDENTAL
60013 COLICCI



| DATE | DISBURSEMENTS | | VALUE |
|---|---|---|---|
| 11/03/2005 | PHOTOCOPIES | 1.05 | |
| 11/15/2005 | PHOTOCOPIES | 0.30 | |
| 11/15/2005 | PHOTOCOPIES | 0.60 | |
| 11/18/2005 | PHOTOCOPIES | 0.60 | |
| 11/23/2005 | PHOTOCOPIES | 0.15 | |
| 11/23/2005 | PHOTOCOPIES | 0.75 | |
| 11/23/2005 | PHOTOCOPIES | 0.60 | |
| 11/30/2005 | PHOTOCOPIES | 4.35 | |
| | **Total For: PHOTOCOPIES** | | **8.40** |
| 11/15/2005 | TELEPHONE | 1.00 | |
| 11/15/2005 | TELEPHONE | 0.12 | |
| 11/22/2005 | TELEPHONE | 3.70 | |
| 11/22/2005 | TELEPHONE | 0.74 | |
| 11/23/2005 | TELEPHONE | 2.22 | |
| 11/23/2005 | TELEPHONE | 1.48 | |
| 11/23/2005 | TELEPHONE | 2.22 | |
| | **Total For: TELEPHONE** | | **11.48** |
| 11/03/2005 | POSTAGE | 0.60 | |
| 11/16/2005 | POSTAGE | 0.60 | |
| 11/23/2005 | POSTAGE | 0.60 | |
| 11/30/2005 | POSTAGE | 1.20 | |
| | **Total For: POSTAGE** | | **3.00** |
| 11/23/2005 | TELECOPIER | 2.00 | |
| | **Total For: TELECOPIER** | | **2.00** |
| 11/15/2005 | MILEAGE - DAVID A. REIF 193 MILES R/T HARTFORD, CT AND PROVIDENCE, RI | 93.61 | |
| | **Total For: MILEAGE** | | **93.61** |
| 11/15/2005 | TRAVEL - DAVID A. REIF PARKING WHILE ATTENDING HEARING | 14.00 | |
| | **Total For: TRAVEL** | | **14.00** |

**TOTAL DISBURSEMENTS** ........................................................ $132.49