UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY | : | |
| vs. | : | C.A. No. 05-374T |
| DIANE E. SHERMAN, as Trustee under the Jessie G. Colicci 1995 Irrevocable Trust, BRIAN V. COLICCI, Individually and as Trustee under the Jessie G. Colicci 1995 Irrevocable Trust, EMILY M. SHERMAN, a minor, GRANT S. SHERMAN, a minor, and TAYLOR A. COLICCI, a minor | : | |

**ANSWER**
**ON BEHALF OF DEFENDANTS**
**EMILY M. SHERMAN, a minor, and**
**GRANT S. SHERMAN, a minor**

Now comes William A. Poore, Esq. as guardian ad litem for Emily M. Sherman, a minor, and Grant S. Sherman, a minor, and hereby responds to Plaintiff's Complaint in Interpleader as follows:

THE PARTIES

1. Defendants neither admit nor deny the allegations contained in Paragraph 1 of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

2. Admitted.

3. Defendants neither admit nor deny the allegations contained in Paragraph 3 of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

4. Admitted.

5. Admitted.

6. Defendants neither admit nor deny the allegations contained in Paragraph 6 of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

7. Admitted.

## JURISDICTION AND VENUE

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Defendants neither admit nor deny the allegations contained in Paragraph 13 of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

14. Defendants neither admit nor deny the allegations contained in Paragraph 14 of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

15. Defendants neither admit nor deny the allegations contained in Paragraph 15 of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

16. Admitted.

17. Admitted.

18. Defendants neither admit nor deny the allegations contained in Paragraph 18 of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

19. Admitted.

20. Admitted.

21. Admitted.

22. A. Defendants neither admit nor deny the allegations contained in Paragraph 22 A of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

B. Defendants neither admit nor deny the allegations contained in Paragraph 22 B of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

C. Defendants neither admit nor deny the allegations contained in Paragraph 22 C of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

D. Defendants neither admit nor deny the allegations contained in Paragraph 22 D of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

23. Defendants neither admit nor deny the allegations contained in Paragraph 23 of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

24. Defendants neither admit nor deny the allegations contained in Paragraph 24 of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

25. Defendants neither admit nor deny the allegations contained in Paragraph 25 of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

26. Defendants neither admit nor deny the allegations contained in Paragraph 26 of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

27. Defendants neither admit nor deny the allegations contained in Paragraph 27 of Plaintiff's Complaint, but leave Plaintiff to its own proof thereof.

WHEREFORE, it is hereby prayed that this Honorable Court deny and dismiss Plaintiff's Complaint in Interpleader and that award the minor defendants costs for the defense herein, plus reasonable attorney's fees.

Emily M. Sherman, a minor, and
Grant S. Sherman, a minor, by their
guardian ad litem,

William A. Poore, Esquire (#1436)
Poore & Rosenbaum LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 – telephone
(401) 831-2220 – facsimile

## CERTIFICATION

I, Heather J. Andrews, hereby certify that on this 15th day of December, 2005, I mailed a true copy of the within, regular mail, postage prepaid, to the following:

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Plaza
Providence, RI 02903

David A. Reif, Esq.
McCarter & English LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

A. Lauriston Parks, Esq.
10 Coronado Street
Jamestown, RI 02835

Kenneth P. Borden, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Heather J. Andrews