UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TRANSAMERICA OCCIDENTAL )
LIFE INSURANCE COMPANY, )
Plaintiff )
) C.A. No. 05-0374/T
v. )
)
DIANE E. SHERMAN and )
BRIAN V. COLICCI, TRUSTEES, )
Defendants )

FILED
DEC 09 2005
DISTRICT OF RHODE ISLAND

**PLAINTIFF'S MOTION FOR AN EXTENSION**

Plaintiff Transamerica Occidental Life Insurance Company moves for a two-day extension of the court-ordered deadline of December 9, 2005 for Transamerica to file its motion for attorney's fees and costs.

The reason for the motion is that the shipment of materials from out of state in support of the motion has been delayed due to adverse weather.

Plaintiff therefore respectfully requests an extension to December 13, 2005 to file its motion for attorney's fees and costs. Pursuant to local rule 12(a)(1) plaintiff has not filed a supporting memorandum with this motion.

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Date: December 9, 2005

GRANTED
Ernest C. Torres
Chief, US District Judge
12/20/05

Of Counsel:

David A. Reif, Esq.
McCARTER & ENGLISH, LLP
CityPlace I
185 Asylum Street
Hartford, Connecticut 06103-3495
(860) 275-6700
(860) 724-3397 FAX
*Pro Hac Vice*

Dated: December 9, 2005

## CERTIFICATE OF SERVICE

TO:

A. Lauriston Parks, Esq.
10 Coronado Street
Jamestown, RI 02835

William Poore, Esq.
Poore & Rosenbaum, LLP
The Commerce Center
30 Exchange Terrace
Providence, RI 02901-1117

Kenneth P. Borden, Esq.
Higgins Cavanagh & Cooney, LLP
The Hay Building, Fourth Floor
123 Dyer Street
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Plaintiff's Motion For An Extension by first class mail, postage prepaid, on the 9th day of December, 2005.

____________________