**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY Plaintiff | : : : : | |
| V | | C.A. 05-374T |
| DIANE E. SHERMAN, et als Defendant | : : | |

**AFFIDAVIT OF A. LAURISTON PARKS**

A. Lauriston Parks of the Town of North Kingstown, County of Washington and State of Rhode Island on oath deposes and says:

1. That he is the attorney for Diane E. Sherman and Brian V. Colicci, Co-Trustees under the Jessie G. Colicci Irrevocable Trust.
2. That attached hereto is a copy of a letter dated April 4, 2005 which he sent to Plaintiff, Transamerica Occidental Life Insurance Company, together with two enclosures which consisted of a letter from Raymond J. Rapoza, dated March 30, 2005 and an email from John K. Heuisler, dated March 30, 2005.
3. Also attached hereto is a letter dated June 22, 2005 which he received from Deb Fields, Senior Claims Examiner with Transamerica Occidental Life Insurance Company.

A. Lauriston Parks, #0385
10 Coronado Street
Jamestown, RI 02835
(401) 423-8900 (Phone)
(401) 423-2628 (Fax)

STATE OF RHODE ISLAND
COUNTY OF NEWPORT

Subscribed and sworn to before me this 15 day of December, 2005.

Notary Public #53868
My commission expires: 9/2/2008

**Proof of Service**

I hereby certify that on the 15th day of December, 2005, I mailed copy of the within Affidavit to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and to David A. Reif, Esq., McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103 and William Poore, Esq., Poore & Rosenbaum, LLP, The Commerce Center, 30 Exchange Terrace, Providence, RI 02903.

A. Lauriston Parks

**A. LAURISTON PARKS**

A--ORNEY AT LAW

oronado Street

Jamestown, Rhode Island 02835

PHONE: 401-423-8900

FAX: 401-423-2628

E-MAIL: alp@hcpw.com

April 4, 2005

Transamerica Occidential Life Insurance Company
P.O. Box 419521
Kansas City, MO 64141

Re: Jessie G. Colicci Irrevocable Trust
Policy No. 92494449

Gentlemen:

Please be advised that I represent Diane E. Sherman and Brian V. Colicci, Trustees of the Jessie G. Colicci Irrevocable Trust. In 1995, a policy of insurance on the life of Jessie G. Colicci was issued. Subsequently, in the summer of 1995, the ownership of that policy was transferred to the above described Trust. At that time, the beneficiary was to have been changed so as to name the Trust as the beneficiary of the policy of life insurance. Apparently, that was not done.

Jessie G. Colicci died on February 25, 2005. Subsequently, my clients, who are the daughter and son of the deceased, learned that the beneficiary designation in the policy was incorrect and, contrary to their mother's intentions, named their minor children as the beneficiaries rather than the Trust. Enclosed herewith please find a copy of a letter which I received from Raymond J. Rapoza who, in 1995, was an employee in the Providence office of Merrill Lynch. The insurance policy was obtained by Mr. Rapoza, apparently through the Merrill Lynch Life Agency, Inc. I am also enclosing a copy of a fax which I received from John K. Heuisler, who was also employed in the Providence office of Merrill Lynch in 1995.

I would appreciate hearing from you or your representative at your early convenience so that we can discuss how best to rectify this situation. Thank you for your attention to this matter.

Very truly yours,

A. Lauriston Parks

ALP:med
Enclosure

Cc: Merrill Lynch

Merrill Lynch Life Agency, Inc.

A.G. EDWARDS & SONS, INC.
40 Westminster Street
Providence, RI 02903

401/351-6000
toll-free: 800/662-5043
fax: 401/273-8916

RAYMOND J. RAPOZA
Financial Consultant
Registered Representative

A.G. EDWARDS & SONS, INC.
40 Westminster Street
Providence, RI 02903

401/351-6000
toll-free: 800/662-5043
fax: 401/273-8916

raymond.rapoza@agedwards.com
www.agedwards.com

Member New York Stock Exchange, Inc.

EDWARDS
FULLY INVESTED IN OUR CLIENTS℠

March 30, 2005

Mr. A. Lauriston Parks
Attorney At Law
10 Coronado Street
Jamestown, R.I. 02835

Re: Jessica G. Colicci Irrevocable Life Insurance Trust
Transamerica Policy #92494449

Dear Mr. Parks:

As a follow up to our phone conversation of Wednesday, March 30, 2005, I am writing to explain the sequence of events and facts as they pertain to the above referenced Trust and insurance policy.

Mr. Vincent Colicci and Mrs. Jessica Colicci had been clients of mine since the early 1990's while I was then employed as a Financial Consultant with Merrill Lynch. After the death of Mr. Colicci, and in reviewing Mrs. Colicci's overall estate plan, it was suggested she establish an irrevocable life insurance trust (ILIT) for her grandchildren as a way to reduce her estate through annual gifts and provide financially for her grandchildren. This suggestion was presented by myself and Mr. John Heisler, who at the time (summer of 1994) was also employed by Merrill Lynch as an "Estate Planning and Insurance Specialist" for the Providence office.

Agreeing to the concept, we began the process of getting Mrs. Colicci insured and establishing the Trust to be both owner and beneficiary of the policy. As the events unfolded, we had a good offer to insure Mrs. Colicci prior to the formal establishment of the Trust. It was decided to go ahead with the insurance policy and then reassign ownership to the Trust upon its completion, which occurred in June 1995. Mrs. Colicci, along with the Trustees of the Trust (Diane Sherman and Brain Colicci) was made fully aware of the potential consequences the reassignment may have had. It was at this time of the reassignment a change of beneficiary was also to be made.

From that point, Mrs. Colicci faithfully gifted to the Trust the annual amounts needed to pay the policy premiums with the complete understanding of how this would pay out to her grandchildren via the terms of the Trust she had established. In no way, and I state this with total certainty, was it ever Mrs. Colicci's intent that the insurance policy proceeds be paid to anyone other than the Trust she had established.

Should you need any further assistance in the resolution of this matter please do not hesitate to contact me. Thank you.

Sincerely,

Raymond J. Rapoza

**Larry Parks**

**From:** Rapoza, Raymond [raymond.rapoza@agedwards.com]
**S(** Friday, April 01, 2005 9:29 AM
**T** alp@hcpw.com
**Subject:** FW: Mrs. Colicci

-----Original Message-----
From: Heuisler, John K [PVTC] [mailto:john.k.heuisler@smithbarney.com]
Sent: Wednesday, March 30, 2005 3:12 PM
To: Rapoza, Raymond
Subject: FW: Mrs. Colicci

> ----------
> From: Heuisler, John K [PVTC]
> Sent: Wednesday, March 30, 2005 2:48 PM
> To: 'alp@hcpw.com'
> Cc: 'raymondrapoza@agedwards.com'
> Subject: Mrs. Colicci
>
> Dear Mr. Parks: Ray Rapoza asked me to help clarify what appears to be a
> clerical error regarding the beneficiary of Mrs. Colicci's life insurance
> policy. At the time Mrs. Colicci purchased her policy I was the Estate
> Planning Specialist for Merrill Lynch in the Providence area. I am a CLU
> and have been in the insurance profession since 1974. I recall that, due
> to health issues, we issued a policy prior to the establishment of the
> actual irrevocable trust. The policy was subsequently transferred to the
> trust and, at that time, a Change of Ownership Form and a Change of
> Beneficiary Form reflecting that the trustees were both the owners and
> beneficiaries of the policy were sent to the insurance company. Standard
> procedure would have been to date the Change of Ownership Form one day
> prior to the Change of Beneficiary Form.I fully believe that was the case
> here but it appears that the second form, the Change of Beneficiary Form
> was not properly recorded to reflect that the owner and beneficiary were
> one and the same. It was always Mrs. Colici's intention to protect these
> proceeds under the terms of her very specific trust document and I am
> quite certain that a simple misfiling of the beneficiary form is the
> reason for the current misunderstanding of how the policy proceeds should
> be paid. I hope this information is helpful. Should you require any
> additional information, please do not hesitate to contact me at (215)
> 854-6153. JKH
>

---

Reminder: E-mail sent through the Internet is not secure.
Do not use e-mail to send us confidential information
such as credit card numbers, changes of address, PIN
numbers, passwords, or other important information.

TRANSAMERICA
INSURANCE & INVESTMENT GROUP

Transamerica Occidental
Life Insurance Company
Cedar Rapids, IA 52499

*Administrative Office*
1100 Walnut Street, Suite 2400
Kansas City, MO 64106-2152

*Mailing Address*
P.O. Box 419521
Kansas City, MO 64141-6521

June 22, 2005

A LAURISTON PARKS
10 CORONADO STREET
JAMESTOWN RI 02835

Insured Name: Jessie G Colicci
Policy Number: 92494449
Claim Number: 332443

Dear Mr. Parks:

This will supplement our previous telephone conversation. Since, there is no record of a change of beneficiary naming the insured's irrevocable trust dated 6-27-95 as the beneficiary; we are unable to pay the proceeds into this trust.

In order for us to the pay the trust we will need a valid disclaimer on behalf of the named beneficiaries. Since, the beneficiaries are minors we will need a court order directing us to pay the trust.

If you have any questions or need additional assistance, please contact the Claims Department at 1-816-855-5028 from 8:00 a.m. to 5:30 p.m. Central Time, Monday through Friday.

Sincerely,

Deb Fields
Senior Claims Examiner
kcclaim@transamerica.com

cc: 9277 Heintzelma 120336

Enclosure(s): Return Envelope