UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY | : | |
| vs. | : | C.A. No. 05-374 T |
| DIANE E. SHERMAN, as Trustee under the Jessie G. Colicci 1995 Irrevocable Trust, BRIAN V. COLICCI, Individually and as Trustee under the Jessie G. Colicci 1995 Irrevocable Trust, EMILY M. SHERMAN, a minor, GRANT S. SHERMAN, a minor, and TAYLOR A. COLICCI, a minor | : | |

**OBJECTION OF EMILY M. SHERMAN, A MINOR, AND GRANT S. SHERMAN, A MINOR, BY AND THROUGH THEIR GUARDIAN AD LITEM, WILLIAM A. POORE, ESQ., TO TRANSAMERICA LIFE INSURANCE COMPANY'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Now come Emily M. Sherman, a minor, and Grant S. Sherman, a minor, by and through their Guardian Ad Litem, William A. Poore, Esq., and hereby object to Transamerica Life Insurance Company's Motion for Attorneys' Fees and Costs. In support of the objection, these minors rely upon the attached Memorandum, as well as the Memoranda submitted by their co-defendants. Accordingly, Emily M. Sherman, a minor, and Grant S. Sherman, a minor, by and through their Guardian Ad Litem, respectfully request that Transamerica's Motion for Attorneys' Fees and Costs be denied.

Emily M. Sherman, a minor, and
Grant S. Sherman, a minor, by their
Guardian Ad Litem,

William A. Poore, Esq. (#1436)
Poore & Rosenbaum LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 – telephone
(401) 831-2220 – facsimile

CERTIFICATION

I, Heather J. Andrews, hereby certify that on this 22nd day of December, 2005, I mailed a true copy of the within, regular mail, postage prepaid, to the following:

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Plaza
Providence, RI 02903

A. Lauriston Parks, Esq.
10 Coronado Street
Jamestown, RI 02835

David A. Reif, Esq.
McCarter & English LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

Kenneth P. Borden, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Heather J. Andrews

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY | : | |
| vs. | : | C.A. No. 05-374 T |
| DIANE E. SHERMAN, as Trustee under the Jessie G. Colicci 1995 Irrevocable Trust, BRIAN V. COLICCI, Individually and as Trustee under the Jessie G. Colicci 1995 Irrevocable Trust, EMILY M. SHERMAN, a minor, GRANT S. SHERMAN, a minor, and TAYLOR A. COLICCI, a minor | : | |

**MEMORANDUM OF EMILY M. SHERMAN, A MINOR, AND GRANT S. SHERMAN, A MINOR, BY AND THROUGH THEIR GUARDIAN AD LITEM, WILLIAM A. POORE, ESQ. IN OPPOSITION TO TRANSAMERICA LIFE INSURANCE COMPANY'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Now come defendants Emily M. Sherman, a minor, and Grant S. Sherman, a minor, by and through their Guardian Ad Litem, William A. Poore, Esq. and hereby object to Transamerica Life Insurance Company's Motion for Attorneys' Fees and Costs.

As grounds for said objection, these minors incorporate by reference the Objections, Memoranda and supporting documents filed by co-defendants Diane E. Sherman and Brian V. Colicci in opposition to said motion. Moreover, the insurance company's effort to recover fees relating to this action and Sherman v. Transamerica, C.A.No., 05-329T is unreasonable, and its requests for reimbursement of fees and costs relating to two law firms for three or more attorneys is equally unreasonable.

Accordingly, defendants Emily M. Sherman, a minor, and Grant S. Sherman, a minor, by and through their Guardian Ad Litem, William A. Poore, Esq., respectfully request that Transamerica's motion be denied as this insurance company is attempting to penalize these minors in litigation in which they have played no part.

Emily M. Sherman, a minor, and
Grant S. Sherman, a minor, by their
Guardian Ad Litem,

William A. Poore, Esq. (#1436)
Poore & Rosenbaum LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 – telephone
(401) 831-2220 – facsimile

CERTIFICATION

I, Heather J. Andrews, hereby certify that on this 22nd day of December, 2005, I mailed a true copy of the within, regular mail, postage prepaid, to the following:

Brooks R. Magratten, Esq.
Vetter & White
20 Washington Plaza
Providence, RI 02903

A. Lauriston Parks, Esq.
10 Coronado Street
Jamestown, RI 02835

David A. Reif, Esq.
McCarter & English LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103

Kenneth P. Borden, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903

Heather J. Andrews