IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY
Plaintiff

VS. C.A. No. 05-374T

DIANE E. SHERMAN, ET AL
Defendants

**ANSWER ON BEHALF OF TAYLOR A. COLICCI, A MINOR**

**THE PARTIES**

1. Defendant neither admits nor denies the allegations contained in paragraph 1 of plaintiff's complaint and leaves plaintiff to its proof.

2. Defendant admits the allegations contained in paragraph 2.

3. Defendant admits the allegations contained in paragraph 3.

4. Defendant admits the allegations contained in paragraph 4.

5. Defendant admits the allegations contained in paragraph 5.

6. Defendant admits the allegations contained in paragraph 6.

7. Defendant admits the allegations contained in paragraph 7.

**JURISDICTION AND VENUE**

8. Defendant admits the allegations contained in paragraph 8.

9. Defendant admits the allegations contained in paragraph 9.

**THE INTERPLEADER CLAIM**

10. Defendant admits the allegations contained in paragraph 10.

11. Defendant admits the allegations contained in paragraph 11 except that the Trust was established by Jesse G. Colicci, not Jessica G. Colicci as alleged.

12. Defendant admits the allegations contained in paragraph 12.

13. Defendant neither admits nor denies the allegations contained in paragraph 13 but leaves the plaintiffs to its proof.

14. Defendant neither admits nor denies the allegations contained in paragraph 14 but leaves the plaintiff to its proof.

15. Defendant neither admits nor denies the allegations contained in paragraph 15 but leaves the plaintiff to its proof.

16. Defendant admits the allegations contained in paragraph 16.

17. Defendant admits the allegations contained in paragraph 17.

18. Defendant admits the allegations contained in paragraph 18.

19. Defendant admits the allegations contained in paragraph 19.

20. Defendant admits the allegations contained in paragraph 20.

21. Defendant admits the allegations contained in paragraph 21.

22(a). Defendant neither admits nor denies the allegations contained in paragraph 22(a) and leaves the plaintiff to its proof.

22(b) Defendant admits the allegations contained in paragraph 22(b).

22(c) Defendant denies the allegations contained in paragraph 22(c).

23. Defendant neither admits nor denies the allegations contained in paragraph 23 and leaves the plaintiff to its proof.

24. Defendant neither admits nor denies the allegations contained in paragraph 24 and leaves the plaintiff to its proof.

25. Defendant neither admits nor denies the allegations contained in paragraph 25 and leaves the plaintiff to its proof.

26. Defendant neither admits nor denies the allegations contained in paragraph 26 and leaves the plaintiff to its proof.

27. Defendant neither admits nor denies the allegations contained in paragraph 27 and leaves the plaintiff to its proof.

Taylor A. Colicci, a minor,
By her Guardian Ad Litem

Kenneth P. Borden (#61)
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Certification

I hereby certify that on the 17th day of January, 2006, I mailed a copy of the within document to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903; David A. Reif, Esq., McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103; William Poore, Esq., Poore & Rosenbaum, LLP, The Commerce Center, 30 Exchange Terrace, Providence, RI 02903; and A. Lauriston Parks, Esq., 10 Coronado Street, Jamestown, RI 02835.