UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, Plaintiff | ) | C.A. No. 05-0374/T |
| v. | ) | |
| DIANE E. SHERMAN and BRIAN V. COLICCI, TRUSTEES, Defendants | ) | **ENTRY OF APPEARANCE** |

Benjamin V. White of Vetter & White hereby enters his appearance as counsel for plaintiff Transamerica Occidental Life Insurance Company in the above-captioned matter.

Benjamin V. White, No. 1652
Vetter & White
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com

Dated: February 15, 2006

**CERTIFICATE OF SERVICE**

To:

A. Lauriston Parks, Esq.
10 Coronado Street
Jamestown, RI 02835

William Poore, Esq.
Poore & Rosenbaum, LLP
The Commerce Center
30 Exchange Terrace
Providence, RI 02901-1117

Kenneth P. Borden, Esq.
Higgins, Cavanagh & Cooney, LLP
The Hay Building, Fourth Floor
123 Dyer Street
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Entry of Appearance by mailing first class mail, postage prepaid, on the 15th day of February, 2006.

Lisa A. Lariviere