**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | C. A. No. 05-374T |
| DIANE E. SHERMAN and BRIAN V. COLICCI, et al., | ) | |
| Defendants | ) | |

## AFFIDAVIT

I, Deming E. Sherman, of Providence, Rhode Island, on oath depose and say as follows:

1. I am an attorney licensed to practice law in Rhode Island and Massachusetts. I was admitted to practice in Rhode Island in 1968 and in Massachusetts in 1985. I was admitted to the bar of this Court in 1970.
2. I am a partner in the law firm of Edwards Angell Palmer & Dodge LLP, where I have served as Chairman of the Litigation Department and Managing Partner. I currently serve as General Counsel to the Firm. My principal practice area is litigation, including business litigation.
3. I am not related to – and do not know - any of the individual parties to this action and have not represented Transamerica Occidental Life Insurance Company.
4. I am familiar with interpleader litigation.
5. I have reviewed the pleadings, orders and dockets in the following cases:

a. Diane E. Sherman and Brian V. Colicci, Trustees v. Transamerica Occidental Life Insurance Company, C. A. No. 05-329T, United States District Court, District of Rhode Island.

b. Transamerica Occidental Life Insurance Company v. Diane E. Sherman and Brian V. Colicci, Trustees, et al., C. A. No. 05-374T, United States District Court, District of Rhode Island.

6. I have reviewed the Motion of Transamerica Occidental Life Insurance Company for attorney's fees and costs dated December 9, 2005 together with the supporting Memorandum and Affidavits of David A. Reif, Esq. and Brooks R. Magratten, Esq. I have also reviewed the Objections filed to the Motion.

7. I have reviewed the time and services rendered by the attorneys for Transamerica Occidental Life Insurance Company in these cases.

8. I am generally familiar with rates charged for litigation services in Rhode Island and elsewhere for business litigation.

9. David A. Reif was the principal attorney for Transamerica Occidental Life Insurance Company in this matter, and Brooks R. Magrattan served as local counsel in Rhode Island.

10. In my opinion, the following rates charged by the attorneys (and paralegals) in this litigation are reasonable given the experience of the attorneys and the nature of the litigation and the services rendered:

a. McCarter & English, LLP

i. David A. Reif – Partner - $390/400

ii. Michael J. Glasheen – Partner - $350/360

iii. Jeffrey M. Thomen – Associate – $265/275

iv. Paula M. Jones – Associate - $265

v. James J. Greenstone - Paralegal - $110/125

b. Vetter & White, Inc.

i. Brooks R. Magratten - Partner - $200

ii. Catherine A. Syner – Associate - $150

iii. Leslie D. Mansur – Paralegal - $85

11. The McCarter & English, LLP rates were effectively reduced when the total fees charged on certain bills to Transamerica were discounted by approximately 10%. Further, I am informed that the fees billed to Transamerica Occidental Life Insurance Company by the invoice dated September 12, 2005 were further reduced to $25,000 (an additional $5,000 reduction), and that the motion for fees will be reduced accordingly.

12. In my opinion, the legal time spent on this action was reasonable. Although there are two cases, they are effectively one interpleader action. Unlike the usual interpleader case where the stakeholder files an action, deposits the funds in the court and obtains a judgment relieving it of further liability, this case involved the stakeholder initially defending a reformation action that was eventually dismissed because the indispensable parties were not joined, and also bringing a proper federal interpleader action in this Court that named the proper parties and was free from jurisdictional and venue issues.

13. In my opinion the costs charged in this matter are reasonable.

Deming E. Sherman

Deming E. Sherman

STATE OF RHODE ISLAND
PROVIDENCE, Sc.

Subscribed and sworn to by Deming E. Sherman before me this 15th day of February, 2006.

Elizabeth M. Kula

Notary Public Notary Public

My Commission Expires July 14, 2009

**CERTIFICATE OF SERVICE**

To:

A. Lauriston Parks, Esq.
10 Coronado Street
Jamestown, RI 02835

William Poore, Esq.
Poore & Rosenbaum, LLP
The Commerce Center
30 Exchange Terrace
Providence, RI 02901-1117

Kenneth P. Borden, Esq.
Higgins, Cavanagh & Cooney, LLP
The Hay Building, Fourth Floor
123 Dyer Street
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Affidavit by mailing first class mail, postage prepaid, on the 15th day of February, 2006.

Lisa A. Lariviere