AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Transamerica Occidental Life Insurance Company v. Diane Sherman, et al.

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA05-374T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Benjamin White; David Reif | A. Lauriston Parks, William Poore, Kenneth Borden |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| February 21, 2006 | Anne Clayton | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | A | 2/21/06 | | FULL | 3/30/05 Letter from R. Rapoza to L. Parks |
| | B | 2/21/06 | | FULL | 4/4/05 Letter from L. Parks to Transamerica |
| | C | 2/21/06 | | FULL | 4/1/05 Email From R. Rapoza to L. Parks |
| | D | 2/21/06 | | FULL | 4/25/05 Letter from L. Parks to Transamerica |
| | E | 2/21/06 | | FULL | 5/25/05 Letter from L. Parks to Transamerica |
| | F | 2/21/06 | | FULL | 6/8/05 Letter from L. Parks to D. Fields |
| | G | 2/21/06 | | FULL | 6/22/05 Letter from L. Parks to D. Fields |
| | H | 2/21/06 | | FULL | 6/22/05 Letter from D. Fields to L. Parks |
| | I | 2/21/06 | | FULL | 7/18/05 Letter from L. Parks to D. Fields |
| | J | 2/21/06 | | FULL | 8/15/05 Letter from L. Parks to D. Reif |
| | K | 2/21/06 | | FULL | 8/30/05 Letter from D. Reif to L. Parks |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.