UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: A. Lauriston Parks, Esq.
RE: CA 05-374T

Transamerica Occidental Life Ins. Co. V. Diane E. Sherman, et al

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 2 / 24 / 06 and have made the following determination:

______ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (Local Rule LR CV 5(a)(5))(Local Rule LR CR 57(a)(4))

XX 2. All motions and objections with accompanying memoranda must be filed in triplicate.(original and two copies) (Local Rule LR CV 7 (c))

____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule LR CV 7 (a))

____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule LR CV 5 (b))
b) Summons (Fed. R. Civ. P. 4(a),(b))
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule LR CV 5.1(1)) (Fed.R.Crim.P.49)

____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 26(a),34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule LR CV 37(a)).

____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

____ 8. Motion to appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (Local Rule LR Gen 204(d)

____ 9. Other:____________________

ENTER: [signature]
United States Magistrate Judge

Date: 2/24/06

cc: Counsel of Record

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

FEB 24 2006

Property of U.S. District Court
District of Rhode Island

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY
Plaintiff :
:
V C.A. 05-374T
:
DIANE E. SHERMAN, et als :
Defendant

**MOTION FOR ENTRY OF JUDGMENT**

Motion for Entry of Judgment is as follows:

1. That the funds on deposit in the Registry of Court, representing the proceeds of the Transamerica Occidental Life Insurance policy, after payment of attorney's fees to Plaintiff, be paid over to these Defendants, in their capacity as Trustees of the Jessie G. Colicci 1995 Irrevocable Life Insurance Trust.

2. That after payment of the fees of A. Lauriston Parks, Kenneth P. Borden and William A. Poore, said Defendants shall hold said funds and administer them in accordance with the terms and conditions of the Jessie G. Colicci 1995 Irrevocable Life Insurance Trust for the benefit of Emily M. Sherman, Grant S. Sherman and Taylor A. Colicci.

Diane E. Sherman and Brian V. Colicci
by their attorney

A. Lauriston Parks, Esq., #0385
10 Coronado Street
Jamestown, RI 02835
Tel: (401) 423-8900
Fax: (401) 423-2628

**PROOF OF SERVICE**

I hereby certify that on the 23rd day of February, 2006, I mailed a copy of the within Motion to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and to David A. Reif, Esq., McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103 and William Poore, Esq., Poore & Rosenbaum, LLP, The Commerce Center, 30 Exchange Terrace, Providence, RI 02903 and Kenneth P. Borden, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903.

A. Lauriston Parks