**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY

Plaintiff

v. C.A. No. 05-374T

DIANE SHERMAN, ET AL.

Defendants

**ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS**

For reasons stated in open court on February 21, 2006, Plaintiff's Motion for Attorneys' Fees and Costs is hereby granted in the amounts of $5,200.00 in fees and $1,639.58 in costs.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 3/7/06