IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY
Plaintiff

VS. C.A. No. 05-374T

DIANE E. SHERMAN, ET AL
Defendants

**REPORT OF GUARDIAN AD LITEM**
**FOR TAYLOR A. COLICCI**

I was appointed guardian ad litem for Taylor A. Colicci by order of this Court dated November 18, 2005.

On January 12, 2006, Taylor A. Colicci, age 15, flew into Warwick, Rhode Island, with her father at my request so that I could discuss this matter with her in detail.

I spoke to Taylor alone.

Taylor has lived in Arizona for the last 11 years with her family. She is a home-schooled 8th grade student. She is schooled by her mother and by tutors. She seemed quit mature for her age and, after talking to her, I gather that the untimely death of her brother in September of 2002 may have helped her to mature more quickly than normal. She appears to be intelligent.

Taylor said she has excellent rapport with her parents and with her aunt, Diane Sherman. She has confidence in them both and trusts them. Her father, Brian, is an engineer employed by Honeywell. Her mother is a homemaker. According to her, the home setting is stable.

I explained and discussed with her in detail the provisions of the Jesse G. Colicci 1995

Irrevocable Trust and the allegations contained in the original Superior Court complaint in the matter entitled "Diane E. Sherman and Brian V. Colicci, Trustees vs. Transamerica Occidental Life Insurance Company" and also the allegations in the "Complaint for Interpleader" in the present matter as well as the documents exhibited with the affidavit of A. Lauriston Parks dated December 15, 2005 which is on file in this matter.

Taylor agrees that her interests would best be served if the insurance proceeds from Transamerica Occidental Life Insurance Company are paid to the Jesse G. Colicci 1995 Irrevokable Trust and are disbursed according to the terms of said trust.

In my independent professional judgment as well, I agree that Taylor's interests would be best served if the funds are paid to the Trust and disbursed according to its terms and I recommend to the Court that the Court so order.

By agreement of the parties, the bill of the guardian ad litem will be submitted to the Trustees for their consideration and payment.

Kenneth P. Borden (#61)
Guardian Ad Litem for Taylor A. Colicci, a minor
Higgins, Cavanagh & Cooney, LLP
123 Dyer Street
Providence, RI 02903
(401) 272-3500

Certification

I hereby certify that on the 14th day of March, 2006, I mailed a copy of the within document to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903; David A. Reif, Esq., McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford,

CT 06103; William Poore, Esq., Poore & Rosenbaum, LLP, The Commerce Center, 30 Exchange Terrace, Providence, RI 02903; and A. Lauriston Parks, Esq., 53 Narragansett Avenue, Jamestown, RI 02835.