UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY

              v.                        CA No. 05-374-T

DIANE E. SHERMAN, et al.

### ORDER

The defendants' motion for entry of judgment is denied without prejudice to being renewed after determinations are made as to:

1. What fees, if any, should be paid from the policy proceeds to counsel and the guardians ad litem.

2. Who is entitled to receive the net amounts remaining after deduction of the aforesaid fees and the fees previously allowed to Transamerica.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: March 29, 2006