**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY
Plaintiff :
:
V C.A. 05-374T
:
DIANE E. SHERMAN, et als :
Defendant

**RENEWED MOTION FOR ENTRY OF JUDGMENT**

Motion for Entry of Judgment is as follows:

1. That the funds on deposit in the Registry of Court, representing the proceeds of the Transamerica Occidental Life Insurance policy, after payment of attorney's fees to Plaintiff, be paid over to these Defendants, in their capacity as Trustees of the Jessie G. Colicci 1995 Irrevocable Life Insurance Trust

2. That after payment of the fees of A. Lauriston Parks, Kenneth P. Borden and William A. Poore, appended to the Stipulation filed herewith, said Defendants shall hold said funds and administer them in accordance with the terms and conditions of the Jessie G. Colicci 1995 Irrevocable Life Insurance Trust for the benefit of Emily M. Sherman, Grant S. Sherman and Taylor A. Colicci.

Diane E. Sherman and Brian V. Colicci
by their attorney

A. Lauriston Parks, Esq., #0385
10 Coronado Street
Jamestown, RI 02835
Tel: (401) 423-8900
Fax: (401) 423-2628

**PROOF OF SERVICE**

I hereby certify that on the 24TH day of April, 2006, I mailed a copy of the within Motion to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and to David A. Reif, Esq., McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103 and William Poore, Esq., Poore & Rosenbaum, LLP, The Commerce Center, 30 Exchange Terrace, Providence, RI 02903 and Kenneth P. Borden, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903.

A. Lauriston Parks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY
Plaintiff :
V C.A. 05-374T
DIANE E. SHERMAN, et als :
Defendant

**MEMORANDUM IN SUPPORT OF DEFENDANTS' RENEWED MOTION FOR ENTRY OF JUDGMENT**

Defendants, Diane E. Sherman and Brian V. Colicci have again moved this Court for an Entry of Judgment under which the funds deposited in the Registry of Court, after payment of Plaintiff's attorney fees, will be paid over to these Defendants, in their capacity as Trustees under the Jessie G. Colicci 1995 Irrevocable Life Insurance Trust. In support of this Motion, Defendants direct the Courts attention to Defendants' Exhibits A and C which were received in evidence on February 21, 2006, and the Stipulation which has been filed with the renewed motion. It is clear from these Exhibits that Jessie G. Collici intended the proceeds of the subject life insurance company to be paid to these Defendants as Trustees of the Jessie G. Collici 1995 Irrevocable Life Insurance Trust. Due to a mistake on the part of the individuals at Merrill Lynch or at Transamerica Occidental Life Insurance Company, these Defendants were not named as the beneficiaries of that policy.

Under the circumstances here existing, the proceeds of the life insurance policy should be paid to these Defendants. After they pay the bills for services of A. Lauriston Parks, William A. Poore and Kenneth P. Borden which are attached to the Stipulation, the funds should be held and administered by them in accordance with the terms and conditions of the Jessie G. Collici 1995 Irrevocable Life Insurance Trust for the benefit of Emily M. Sherman, Grant S. Sherman and Taylor A. Colicci.

Diane E. Sherman and Brian V. Colicci
by their attorney

A. Lauriston Parks, Esq., #0385
10 Coronado Street
Jamestown, RI 02835
Tel: (401) 423-8900
Fax: (401) 423-2628

**PROOF OF SERVICE**

I hereby certify that on the 24th day of April, 2006, I mailed a copy of the within Memorandum to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and to David A. Reif, Esq., McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103 and William Poore, Esq., Poore & Rosenbaum, LLP, The Commerce Center, 30 Exchange Terrace, Providence, RI 02903 and Kenneth P. Borden, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903.

A. Lauriston Parks