**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY
Plaintiff :
:
V C.A. 05-374T
:
DIANE E. SHERMAN, et als :
Defendant

**STIPULATION**

It is hereby agreed and stipulated by and between the parties hereto as follows:

1. The attorneys' fees and costs ordered to Plaintiff's attorneys should be paid from the proceeds of the Transamerica Occidental Life Insurance Policy.

2. The bill for services of Kenneth P. Borden dated March 29, 2006, which is attached hereto is fair and reasonable and should be paid from the proceeds of the afore mentioned policy of insurance.

3. The bill for services and disbursements of William A. Poore, dated April 4, 2006, which is attached hereto, is fair and reasonable and should be paid from the proceeds of the aforementioned policy of insurance.

4. The bill for services and disbursements of A. Lauriston Parks, with is attached hereto, is fair and reasonable and should be paid from the proceeds of the aforementioned policy of insurance.

5. The net amount remaining of the proceeds of the policy of insurance, after the deduction of the aforementioned fees, should be paid to Diane E. Sherman and Brian V. Colicci in their capacities as Trustees of the Jessie G. Colicci 1995 Irrevocable Life Insurance Trust

Attorney for
Diane E. Sherman and Brian V. Colicci, Trustees

A. Lauriston Parks, Esq., #0385
53 Narragansett Avenue
Jamestown, RI 02835
Tel: (401) 423-8900
Fax: (401) 560-0186

Kenneth P. Borden, Esq., Guardian Ad Litem of Taylor A. Colicci
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

William Poore, Esq., Ad Litem of Emily M. Sherman and Grant S. Sherman
Poore & Rosenbaum, LLP
The Commerce Center
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-2600
Fax: (401) 831-2220

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE 5/17/06