UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY
Plaintiff :
:
V C.A. 05-374T
:
DIANE E. SHERMAN, et als :
Defendant

**RENEWED MOTION FOR ENTRY OF JUDGMENT**

Motion for Entry of Judgment is as follows:

1. That the funds on deposit in the Registry of Court, representing the proceeds of the Transamerica Occidental Life Insurance policy, after payment of attorney's fees to Plaintiff, be paid over to these Defendants, in their capacity as Trustees of the Jessie G. Colicci 1995 Irrevocable Life Insurance Trust

2. That after payment of the fees of A. Lauriston Parks, Kenneth P. Borden and William A. Poore, appended to the Stipulation filed herewith, said Defendants shall hold said funds and administer them in accordance with the terms and conditions of the Jessie G. Colicci 1995 Irrevocable Life Insurance Trust for the benefit of Emily M. Sherman, Grant S. Sherman and Taylor A. Colicci.

GRANTED
Ernest C. Torres
Chief, US District Judge
5/23/06

Diane E. Sherman and Brian V. Colicci
by their attorney

A. Lauriston Parks, Esq., #0385
10 Coronado Street
Jamestown, RI 02835
Tel: (401) 423-8900
Fax: (401) 423-2628

**PROOF OF SERVICE**

I hereby certify that on the 24TH day of April, 2006, I mailed a copy of the within Motion to Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903 and to David A. Reif, Esq., McCarter & English, LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103 and William Poore, Esq., Poore & Rosenbaum, LLP, The Commerce Center, 30 Exchange Terrace, Providence, RI 02903 and Kenneth P. Borden, Esq., Higgins, Cavanagh & Cooney, 123 Dyer Street, Providence, RI 02903.

A. Lauriston Parks