**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TRANSAMERICA OCCIDENTAL LIFE
INSURANCE COMPANY
Plaintiff :
:
V C.A. 05-374T
:
DIANE E. SHERMAN, et als :
Defendants

**ORDER FOR DISBURSEMENT OF FUNDS**

On May 23, 2006, the Court granted the Renewed Motion for Entry of Judgment filed in behalf of Diane E. Sherman and Brian V. Colicci, Trustees under the Jessie G. Colicci 1995 Irrevocable Life Insurance Trust. After payment to Transamerica Occidental Life Insurance Company of the fees and costs awarded by the Court, the principal balance remaining in the Registry of Court concerning this action is $866,216.82.

It is hereby ordered that the aforementioned principal balance of $866,216.82, plus interest and less Registry expenses shall be paid to Diane E. Sherman and Brian V. Colicci as Trustees of the Jessie G. Colicci 1995 Irrevocable Life Insurance Trust. The tax payer identification number of said Trust has been represented by Defendants' attorney to be 05-6109294. Said payment shall be mailed to A. Lauriston Parks, 53 Narragansett Avenue, Jamestown, RI 02835.

Entered as an Order of this Court this 22nd day of June, 2006.

Ernest C. Torres
Chief Judge

RECEIVED
MAY 31 2006
Property of U.S. District Court
District of Rhode Island